IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                             / | No. C 09-05978 WHA<br><br>**ORDER REQUESTING DECLARATION RE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

      Plaintiff has filed a motion for leave to file a second amended complaint, seeking to add two claims based on information learned "since filing the first amended complaint" (Dkt. No. 24). Plaintiff does not specify when he learned this additional information, a fact which is critical to the Court's decision. He is directed to state under oath when he discovered the new information. This must be filed under oath by **JUNE 2, 2010, AT NOON.**

    **IT IS SO ORDERED.**

Dated: May 28, 2010.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE