**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   WILLIAM MARR,                          No. C 09-05978 WHA
11              Plaintiff,
12      v.                                  **ORDER GRANTING**
                                            **STIPULATION TO**
13   BANK OF AMERICA, NATIONAL              **CONTINUE ADR**
     ASSOCIATION; and DOES 1 through 100,   **DEADLINE**
14   inclusive,
15              Defendants.
16   _____/
17
18          The parties stipulate to request a 90-day extension of the deadline for mediating this

     matter.  This extension would move the ADR deadline from June 30, 2010, to September 27,
19
     2010.  The parties agree that no other deadlines — including for propounding discovery or
20
     bringing pretrial motions — would be impacted.  On the condition that no party use it as a basis
21
     to seek any further extensions in this matter, the stipulation to continue the ADR deadline is
22
     GRANTED.
23
24          **IT IS SO ORDERED.**
25
26   Dated: June 22, 2010.                  _____
27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
28