IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                      / | No. C 09-05978 WHA<br><br>**ORDER REGARDING REQUESTED EXTENSION** |

    The requested extension would place too much pressure on the summary judgment schedule and trial preparation. So long as expert reports are done on the original schedule and so long as this continuance is not later used as a basis to ask for modification of the summary judgment and trial schedule, the parties may have until January 14, 2011, to complete the listed items of fact discovery.

    **IT IS SO ORDERED.**

Dated: December 30, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE