IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MARR,

    Plaintiff,

  v.

BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,

    Defendants.

No. C 09-05978 WHA

**ORDER REGARDING LETTER FROM COUNSEL**

    Counsel for both sides must appear in person in Court on **MONDAY, JANUARY 10, 2011, AT 7:45 A.M.**, to discuss the letter submitted yesterday (Dkt. No. 38).

    **IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE