1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM MARR, | No. C 09-05978 WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULING OF WAYNE PERRY, RULE 30(B)(6) WITNESS AND MATT VERNON |
| vs. | |
| BANK OF AMERICA NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

This matter came on regularly for hearing on January 10, 2011, the Honorable Judge William Alsup presiding. Plaintiff William Marr was represented by Mythily Sivarajah of Adams Nye Becht LLP, and Defendant was represented by Katina Miner of Orrick, Herrington and Sutcliffe LLP. The Court considered all papers timely and properly served and filed, and considered the arguments of counsel.

IT IS HEREBY ORDERED as follows:

The parties will meet and confer and set forth in writing dates for the depositions of Wayne Perry, Matt Vernon and the Rule 30(b)(6) witness on deposition notice topic numbers 2 and 5 to occur no later than January 21, 2011.

If the parties are unable to agree upon mutually convenient dates for the above-mentioned three depositions, then the Court orders the depositions to occur as follows: Wayne Perry on

1

[PROPOSED] ORDER REGARDING DEPOSITION SCHEDULING OF WAYNE PERRY, RULE 30(B)(6) WITNESS AND MATT VERNON - Case No. C09-05978 WHA

January 14, 2011, Matt Vernon on January 19, 2011 (to last a maximum of three hours) and Rule 30(b)(6) witness on January 20, 2011 (to last a maximum of three hours).

The depositions of Wayne Perry and the Rule 30(b)(6) witness will take place in Plaintiff's counsel's office, Adams | Nye | Becht | LLP, 222 Kearny Street, Seventh Floor, San Francisco, CA 94108-4521. The deposition of Matt Vernon will take place at a location to be determined by counsel in the Calabasas, CA area.

IT IS SO ORDERED.

DATED: January 10, 2011.

_____
HONORABLE WILLIAM H. ALSUP