UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR,<br><br>                      Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>                      Defendants. | No.  C 09-05978 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

IT IS HEREBY ORDERED that Plaintiff's Application is GRANTED, as follows:

A hearing will be held on Plaintiff's Motion for Leave to File Third Amended Complaint on Thursday, January 27, 2011 at 8:00 a.m.;

Defendant shall file any opposition no later than Thursday, January 20, 2011, at noon; and

Plaintiff may file a reply on or before Tuesday, January 25, 2011, at noon.

IT IS SO ORDERED.

DATED: January 13, 2011.

_____
HONORABLE WILLIAM H. ALSUP