IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MARR,

    Plaintiff,

  v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

    Defendant.

                                           /

No. C 09-05978 WHA

**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO MINER DECLARATION**

      Plaintiff moved for leave to file a third amended complaint, and the motion was briefed and heard on shortened time because the dispositive motion deadline is fast approaching. (At the hearing on the motion, the undersigned stated that the motion would be decided concurrently with anticipated summary judgment motion(s).) Along with its opposition to plaintiff's motion for leave to file a new complaint, defendant moved to file one of the exhibits — Exhibit A — to the declaration of Attorney Katina Miner under seal. The motion solely states that the grounds for sealing are "that portions of the Miner Declaration attach as an exhibit materials that the Bank has designated 'CONFIDENTIAL' and for 'Internal Use Only' pursuant to the Protective Order" (Dkt. No. 51).

      Civil Local Rule 79-5(a) states: "A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Moreover, an order approving a stipulated protective order subject to stated conditions in this matter specifically called out that the parties must comply strictly with Civil Local Rule 79-5 and the law related to sealing (Dkt. No. 23).

Defendant's administrative motion fails to do so. It states no reason whatsoever why Exhibit A should be sealed. Therefore defendant's administrative motion is **DENIED**. Defendant shall file the rest of the Miner declaration publicly, and shall comply with Civil Local Rule 79-5(e) to determine whether Exhibit A will be filed publicly or withdrawn.

**IT IS SO ORDERED.**

Dated: January 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE