DAVID J. BECHT, SBN 104208
dbecht@adamsnyeemployment.com
MICHAEL SACHS, SBN 235048
msachs@adamsnyeemployment.com
MYTHILY SIVARAJAH, SBN 252494
msivarajah@adamsnyeemployment.com
ADAMS | NYE | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Plaintiff
WILLIAM MARR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>        Defendants. | No.  C 09-05978 WHA<br><br>**DECLARATION OF WILLIAM MARR IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OR ALTERNATIVELY, PARTIAL SUMMARY ADJUDICATION**<br><br>Hearing Date:  March 10, 2011<br>Time:  8:00 a.m.<br>Judge:  Hon. William Alsup<br>Courtroom:  9<br><br>Trial Date:  March 28, 2011 |

I, William Marr, declare as follows:

    1.    I am an adult resident of the State of California and the Plaintiff in the above captioned matter.  I make this declaration of my own personal knowledge and if called upon to testify as to the facts contained herein, I would and could testify competently thereto.

    2.    In 2004, I was rehired by Bank of America as an Account Executive.  The title of this position was later changed to Mortgage Loan Officer ("MLO").  From 2004 on, I was a member of the Northern California region.

/ / /

1

DECLARATION OF WILLIAM MARR IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OR ALTERNATIVELY, PARTIAL SUMMARY ADJUDICATION - No. C 09-05978 WHA

3.      Beginning in 2004 or 2005, I reported to Wayne Perry the manager of the Danville, California office. While I reported to a manager in Danville, for the duration of my employment, I either worked out of my home in Folsom, California, or out of the office provided by Bank of America in Rancho Cordova.

4.      As an MLO I was a full time employee of Bank of America. I was paid a small monthly draw that was recoverable against the commission I earned based on mortgages I sold.

5.      I was told by my manager, Wayne Perry, and other executives that part of my job as an MLO was to market myself and Bank of America.

6.      Throughout my employment, Bank of America put on numerous presentations, trainings, seminars and conference calls about marketing techniques and strategies. These included: 1) Bank of America's Mortgage Loan Office University in 2007; 2) regional based presentations; and 3) presentation put on by MLOs reporting to Wayne Perry. I was told by my manager and other Bank of America executives that as an MLO, I should take the ideas presented in these presentations and use those that were working for other top producers in my work and marketing.

7.      I followed Bank of America's direction that I should implement the strategies I learned in these seminars. After learning at the MLO University that other MLOs had success sending gift subscriptions to Sunset Magazine to their customers, I implemented this marketing strategy. On another occasion, I learned that other MLOs had success sending Doctor Post Cards to potential customers. I adopted this marketing strategy as well.

8.      Mortgages primarily came from five sources: new customers; repeat customers; referrals from former customers; referrals from contractors and referrals from real estate agents. In order to reach these people and fulfill the requirements of my position, I actively marketed myself and Bank of America. This marketing plan included advertising, moving boxes, gift subscriptions to Sunset Magazine, gifts to customers who completed a mortgage, meals, golfing and marketing events.

a.      Advertising- In order to reach new customers, and inform them about the programs offered by Bank of America, I advertised. This advertising included: sending mailers to potential customers who could benefit from Bank programs; taking out an advertisement concerning Bank of America's Lot Loan Program to reach potential

2

customers, sending thank you notes and Christmas cards to past customers and referral sources and postage related to mailing advertising materials. The mailers included Doctor Post Cards, invitations for coffee sit_downs, refinance postcard and information related to my presentations. Even though I ordered many of these mailers from Bank of America I had to pay for them. In total, between August 20, 2006 and the end of 2008 I spent $24,036.81 on this advertising material. In order to know who to send these mailers to, I also had to order lists of potential customers including: lists of recent construction, lists of recent medical school grads (for the Doctor's program) and lists of current doctors. In total, between August 2006 and the end of 2008 I spent $14,230.83 on these lists.

b.      When a customer would complete a mortgage application with me, I would have a set of moving boxes sent to their home. These moving boxes had both the Bank of America logo and my name and telephone number on them. Based upon my experience, this type of marketing was successful for a couple of reasons: 1) the boxes encouraged the customer to start packing and thus complete the mortgage process; and 2) when others saw these moving boxes, they would see both my name and Bank of America, which would act as further marketing to other potential customers, especially when friends and family would help them move. Wayne Perry praised this marketing work and specifically asked that I present it the other MLOs on his team. Between August 20, 2006 and the end of 2008 I spent $2,493.22 on these moving boxes.

c.      I sent gift magazine subscriptions to former customers. I learned this strategy from another MLO during Bank of America's MLO University. I used this marketing as a way to keep my name and Bank of America's name in front of my former customers. I hoped that these former customers would recommend me and Bank of America to their friends, family and acquaintances and that if that customer ever needed a new mortgage product they would remember me. Each subscription cost approximately $14. Between August 20, 2006 and the end of 2008 I spent $7,814.95 on these gifts subscriptions.

d.     When a customer's mortgage was completed, I sent the customer a gift.  This gift was typically a box of Godiva chocolates, but occasionally I sent other gifts.  I also occasionally sent small gifts to referral sources that referred a loan to me. I used this marketing as a way to keep my name and Bank of America's name in front of my former customers and referral sources. I hoped that by doing this, these customers or referral sources would recommend me and Bank of America to their friends, family and acquaintances and that if the customer ever needed a new mortgage product they would remember me.  Between August 20, 2006 and the end of 2008 I spent $10,721.13 on customer appreciation gifts.

e.     I also took customers, real estate agents and builders out to meals. I used this as a way to make and strengthen relationships with these potential referral sources.  The stronger my relationship was with these people, the more likely they were to refer potential new business to me.  Between August 20, 2006 and the end of 2008 I spent $11,434.46 on meals with customers and referral sources.

f.     I joined the Granite Bay Golf Club.  I used this as a marketing tool.  I met numerous real estate agents and builders at the golf club.  Additionally, I took other customers, real estate agents and builders out to golf in order to build these relationships and increase the likelihood they would refer me business.  Excluding the membership dues, between August 20, 2006 and the end of 2008 I spent $4,462.27 on rounds of golf with potential customers, real estate agents and builders.

g.     I hosted numerous marketing events.  These included hosting potential customers and referral sources in Bank of America's luxury box at AT&T park.  In many instances I had to pay for both the tickets and the catering of the event.  A few times, Bank of America provided me the game tickets free of charge, but I was still required to pay for the catering of the event.  Prior to using the luxury box or game tickets, Wayne Perry and other Bank of America executives approved my request.  Between August 20, 2006 and the end of 2008, I spent $8,077.21 on these marketing events.

9.      I had numerous conversations with Wayne Perry about my marketing activities. During these conversations, I told Wayne Perry what marketing I was doing, what marketing I planned to do and the costs of all this marketing.  I specifically told Wayne Perry that I was: sending mailers to customers; sending moving boxes to customers; sending Sunset magazine subscriptions to customers; providing gift to customers who completed the mortgage process; taking customers and referral sources golfing and hosting marketing events.  Wayne Perry praised my marketing plans and told me to keep marketing in the manner that I was.  He never told me there was anything wrong with my marketing plans or expenses.

10.     In addition to discussing my marketing activities with Wayne Perry, I discussed the activities with Harold Michaud and Ann Thompson.  Like, Mr. Perry, Harold Michaud and Ann Thompson praised my marketing activities and told me to keep up the good work.

11.     In addition to these marketing expenses, I also incurred expenses for: 1) business related cell phone use; 2) other business related communications; 3) use of my car for business purposes; 4) transportation and hotels for business travel; 5) my notary public license annual fee; 6) donations made to charity and 7) office supplies

a.      In late 2006, Bank of America provided me with a BlackBerry.  I used this BlackBerry to communicate with customers and Bank of America employee and to receive and send emails while I was out in the field.  While I used this phone for business purposes, I was required to pay for the purchase of the phone and the cell phone bill.  Each month I was required to send a check to my manager to cover the cost the cell phone bill.  In total between August 20, 2006 and the end of 2008 I spent $4,225.87 on my business cell phone.

b.      In addition to the cell phone expenses, I incurred other business communication expenses including, facsimile charges incurred in faxing business documents, costs of a landline installed at my home for business purposes which served as my office number when I worked out of my home, a wireless card for my laptop so I could use it while I was out of the office and charges related to an 1-800 number I set up so customers could contact me toll free.  In total between August 20, 2006 and the end of 2008 I

spent $1,643.58 on these other communication expenses. I discussed these other communication related expenses with my manager Wayne Perry.

c.      As part of my job, I went on sales calls to potential customers and potential referral sources. Wayne Perry encouraged me to make these sales calls and to attend my loan signings. From August 20, 2006 through the end of 2006, I paid $1,934.91 for the gas I used to attend these sales calls and loan signings. In 2007 I incurred 23,488 business related miles on my car. In 2008 I incurred 6,615 business related miles on my car. All of these miles were incurred in the ordinary course of my employment, driving to and from sales calls and loan signings, not to and from my office. I had frequent conversations with Wayne Perry about attending these sales calls and loan signings. I also complained to Harold Michaud and Ann Thompson about the business related miles I was incurring and Bank of America's failure to reimburse these expenses.

d.      Between August 20, 2006 and the end of 2008 I attended numerous costs related to non-local business travel, including airfare, hotel and rental car costs. This travel included trips I took to attend trainings, Bank of America functions, and loan signings in Walnut Creek, Seattle and Santa Clarita. After learning that I made the trip to Seattle for a client in order to save their rate lock, Bank of America awarded me employee of the month and featured my picture onto the employee intranet home page. Prior to taking any of these trips, I discussed each trip with Wayne Perry. In total I incurred $20,316.36 in expenses for these business related trips.

e.      During my employment with Bank of America I was a licensed notary public. This allowed me to notarize documents for referral sources when requested. I informed Wayne Perry on multiple occasions that I was a notary public. In October 2006, I paid the $25 annual fee to keep my notary license active.

/ / /

/ / /

/ / /

f.      During my employment I made donations to various charities as a form of marketing.  We were encouraged to make such donations by Wayne Perry and other Bank of America executives.  Between August 20, 2006 and the end of 2008, I made a number of donations totaling $4,476.50.

g.      Between August 2006 and 2008, as part of my employment I incurred expenses for various office supplies including salesforce.com software, other business related computer software, printer ink, printer paper and other office supplies. These materials were necessary for me to do my job.  For example, Salesforce.com was necessary in order for my assistant, who was located in Brentwood, and I, who was in Folsom, to share work on client documents.  Between August 20, 2006 and the end of 2008, I incurred $5,570.98 in expenses for office supplies. I discussed these office supply related expenses with my manager Wayne Perry.

12.     I incurred each of these expenses in the ordinary course of his employment with Bank of America.  Each expense was incurred specifically in an attempt to fulfill the responsibilities of my position with Bank of America including the generation of new mortgages and demand for Bank of America products, customer service, the broadening and strengthening relationships with customers, real estate agents and builders and training on these topics.

13.     My sales success was a direct result of my marketing efforts.  The vast majority of my mortgage sales came from either: 1) people to whom I directly marketed or 2) people who were referred to me from people to whom I had marketed.

14.     As a result of my marketing, I was very successful at my job:  I was consistently ranked as one of the top MLOs in my region; I was named as a Platinum Performer on at least two separate occasions; and in 2007 I sold 143 total mortgages worth in excess of $100 million and was ranked as the eleventh best MLO companywide

15.     I also received numerous compliments from customers and referral sources on my marketing and informing me that my marketing was the reason they decided to open a mortgage with Bank of America or decided to refer business to Bank of America. Exhibits 1 and 2 are two examples

/ / /

7

1  of this. These are true and correct copies of email I sent and received in the ordinary course of my

2  employment with Bank of America.

3     16.     During my employment I was asked by a number of executives, including Wayne

4  Perry, Ann Thompson and Harold Michaud, to give presentations on my marketing strategies and

5  practices.

6     17.     In late 2006 I was asked by Wayne Perry to talk at Bank of America's MLO University

7  on the top producers' panel about marketing. I was told my presentation should discuss my marketing

8  efforts. I gave this presentation in April 2007. During this presentation I talked about how I was

9  marketing and what my marketing expenses were. I specifically talked about attending loan signings,

10  sending moving boxes when a customer opened a loan, sending gifts after a mortgage closed and

11  sending mailers to potential customers. I even had examples of the moving boxes at the presentation.

12  This presentation was attended by MLOs from all over the Western United States and numerous

13  executives including Wayne Perry and Nancy Chambard. I also believe that Tyler Russell was

14  present. The other MLOs in attendance were told by the executives that they should incorporate my

15  marketing strategies into their work. Following my presentation, Perry and the other executives

16  praised my marketing efforts.

17     18.     On a number of occasions between 2006 and 2008, at the request of Wayne Perry,

18  Harold Michaud and Ann Thompson, I made presentations during conference calls, sales meetings

19  and trainings. During these presentations, I discussed my marketing efforts including my use of

20  moving boxes, subscriptions to Sunset magazine, gifts upon loan closing, use of mailers and

21  attendance at loan signings. At these executives urging, during these presentations I specifically

22  discussed how much each marketing tool cost and the total cost I was incurring for marketing

23  materials. At the end of my presentations, Wayne Perry and Harold Michaud told the other MLOs

24  that they should take my marketing ideas and implement them in their own work. They encouraged

25  low and average producers to increase their marketing to my level in order to increase their

26  production.

27     19.     On multiple occasions during my employment, Bank of America executives awarded

28  me Spirit Points for the presentations I gave to other MLOs. Exhibits 3, 4, 5, 6, 7 and 8 are examples

8

DECLARATION OF WILLIAM MARR IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OR
ALTERNATIVELY, PARTIAL SUMMARY ADJUDICATION - No. C 09-05978 WHA

of emails recognizing these Spirit Point awards.  Exhibits 3, 4, 5, 6, 7 and 8 are true and correct copies of emails I received in the ordinary course of my employment with Bank of America.  These emails were sent and received close in time to the presentations I had given.

20.     As part of the loan process, a customer had to complete an application.  The cost for this application was $200 or $400 depending on the type of mortgage.  While this application fee was usually collected upfront, I was also told by Perry that it could be included in the final closing costs.  When my customers chose to have their fees wrapped into the closing costs, I called the loan center and asked them to add the fee into the final closing costs.  On some occasions there was no problem with this and the fees were properly included and the loan closed with this application fee wrapped in.  But, on other occasions, the loan center forgot to include these fees in the final document.  When loans closed containing these errors, Bank of America charged me for the uncollected application fee.  I was forced to pay in excess of $5,580 of uncollected application fees.

21.     As part of my employment with Bank of America I incurred rate lock extension fees.  I was charged these fees when customers did not get their completed paperwork back to me in time, there was a problem with the appraisal of a property or where the process could simply not be completed before the rate expired.  I never intentionally failed to complete paperwork or totally disregarded the process.  Instead, these were times where the process could not be completed prior to the rate expiring.  These rate lock extension fees were charged to me as underages, and deducted from my commissions.

22.     As part of my employment with Bank of America I incurred rate relock fees.  On at least one occasion, I was required to pay this fee when a title company failed to properly record a mortgage and the rate was allowed to lapse.  On other occasions, I was forced to pay this fee when one of my assistants, Kristen Hampton or Lisa Madsen, failed to properly relock a rate before its expiration.  On another occasion, I was forced to pay this fee when one of my assistants emailed documents to the wrong email address and a rate expired.  On other occasions, I was forced to pay these fees where through my mistake or the mistake of one of my assistants a rate was allowed to lapse.  I never intentionally failed to relock a rate or totally disregarded the process.  Instead, rate relocks would occur where through my mistake, the mistake of my assistants or the mistakes of

1   others, a rate was allowed to expire.  These rate relock fees were charged to me as underages, and

2   deducted from my commissions.

3        23.     Each day I was provided a rate sheet which listed the mortgage rates I could offer.

4   Routinely, Bank of America's rate was significantly higher than the rate offered by its competitors. In

5   order to convince customers to open mortgages with Bank of America rather than its competitors, I

6   needed to match the rate offered by the competitor.  Bank of America had a policy that allowed MLOs

7   to lower the loan rate, called an underage.  Because Bank of America's mortgage rate was routinely

8   higher than its competitors, I had to utilize an underage on almost every mortgage.  Whenever an

9   underage was utilized, a portion of that underage amount would be subtracted from my commission

10  payment.  Between August 2006 and the end of 2008 $225,248.19 was deducted from my

11  commissions for underages, including rate changes, rate extension fees, rate relock fees and other fees.

12  Attached as Exhibits 9 through 35 are true and correct redacted copies of my commission statements

13  from August 2006 through November 2008.  I received a copy of my commission statements in the

14  ordinary course of my employment with Bank of America.  These commission statements show the

15  underages subtracted from my commissions.  I received the commissions in the month following the

16  pay period in which the loan closed.  My use of these underages was approved by my manager Wayne

17  Perry.

18       24.     During my employment with Bank of America I had two different Bank of America

19  employees who acted as my assistants: Kristen Hampton and Lisa Madsen.

20       25.     Kristen Hampton was hired in 2006.  Because I was a Platinum Performer, her base

21  salary was paid by Bank of America.  But, in addition to her base salary, Hampton was paid a

22  commission based upon my sales.  Thus, when I would close a mortgage, Bank of America would

23  reduce my commission and the amount of the reduction would be given to Hampton.  Hampton was

24  paid $32,897.92 out of my wages. My commission statements demonstrate the deductions made from

25  my paycheck for Ms. Hampton.  For example, on Exhibit 30, there is an adjustment made to my

26  wages for the wages of Ms. Hampton ($3,183.86) and Lisa Madsen ($500).

27       26.     Lisa Madsen was hired in 2007.  Madsen's pay was deducted directly from my wages.

28  In addition to paying Hampton's base salary, she was also paid a commission based upon my sales.

Thus, when I would close a mortgage, Bank of America would reduce my commission and the amount of the reduction would be given to Madsen. In total, Madsen was paid $4,234.14 out of my wages. For example, Exhibit 25 shows a direct deduction from my wages to pay for Madsen's base salary (listed as "AEA salary reconcilement for: Lisa Madsen.")

27.    In September 2006, prior to the hiring of Ms. Madsen, I briefly used a non-Bank of America employee as an assistant. This person helped me out by addressing envelopes, stuffing envelopes and embossing envelopes that were sent out containing marketing materials. I paid this assistant $900. I discussed my use of an outside assistant with Wayne Perry.

28.    Between 2006 and 2008, I made numerous complaints to Wayne Perry, Harold Michaud and Ann Thompson about Bank of America's failure to reimburse my business expenses and about the deductions that were being made from my paychecks. In response, I was told that all marketing and business related expenses were the MLO's responsibility and that Bank of America would not reimburse such expenses. I was also told that all deductions from my pay were proper and that I was responsible for fees even if they were caused by someone else's error or a simple mistake. I was further told that I was responsible for paying my assistants' wages.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed on February 3, 2011, in Folsom, California.

Respectfully submitted,

WILLIAM MARR

DECLARATION OF WILLIAM MARR IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OR ALTERNATIVELY, PARTIAL SUMMARY ADJUDICATION - No. C 09-05978 WHA

# EXHIBIT 1

**EXHIBIT 1**

| From: | Marr, Bill |
| --- | --- |
| Sent: | Tuesday, May 20, 2008 10:30 AM |
| To: | 'Michelle Scilingo' <michellescilingo@yahoo.com> |
| Subject: | RE: thank you! |

You are welcome!
Bill Marr
Vice President
Retail Mortgage Sales
Office: 916.861.9230
Mobile: 916.240.3400
Fax: 916.405.3900
bill.marr@bankofamerica.com
CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.
-----Original Message-----
From: Michelle Scilingo [mailto:michellescilingo@yahoo.com]
Sent: Monday, May 19, 2008 10:33 PM
To: Marr, Bill
Subject: thank you!
Such a classy touch Bill! Thank you very much for the stamps. Your marketing is impeccable!
Appreciatively,
Your Asian Delight

D12520

# EXHIBIT 2

**EXHIBIT 2**

**From:**      Marr, Bill

Redacted

**Sent:**      Tuesday, May 20, 2008 11:22 AM

**To:**

**Subject:**    RE: mortgage

I will check status and get back to you shortly. I did get your messages and I apologize for not responding sooner but I was out sick yesterday...

Thanks,

Bill Marr

Vice President

Retail Mortgage Sales

Office: 916.861.9230

Mobile: 916.240.3400

Fax: 916.405.3900

bill.marr@bankofamerica.com

CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

-----Original Message-----

From:

Sent: Tuesday, May 20, 2008 11:20 AM

To: Marr, Bill

Subject: mortgage

Bill,

I hope all is well with you & your family. Eva looks forward to the Sunset magazine. Smart marketing on your part. I miss the cookies!

Can you please tell me the status of our loan. We need to do something with this loan from EMC asap.

I await your response,

# EXHIBIT 3

**EXHIBIT 3**

## Marr, Bill

| | |
|---|---|
| **From:** | Harold (Harold) Michaud [recognition@recognition.bankofamerica.com] |
| **Sent:** | Wednesday, May 07, 2008 12:53 PM |
| **To:** | Marr, Bill |
| **Cc:** | Perez, Erik; Perry, Herbert W; Vernon, Matthew J; Walker, Jeremy; Bagley, Russell L; Thompson, Ann; Michaud, Harold A |
| **Subject:** | Spirit Card Notification |

Bill Marr,

You have been recognized with a Spirit Card. If your manager was not copied on this e-mail, please forward to him/her.

Click here for an online version of your Spirit Card:
http://recognition.bankofamerica.com/print_spirit_cards.msa?SpiritCard_SpiritCardId=2570264


Recognition Date: 05/07/2008 14:46:52
Recognized By: Harold (Harold) Michaud
Mail Code: CA4-519-10-01

Recognized for:
Outstanding professional teamwork! Bill thank you for extending your expertise beyond this region. Your efforts have not gone unnoticed! For your presentation to our Northwest teammates I am awarding you 1000 spirit points. Thank again Bill for your commitment to our organization.

1

BM  00650

# EXHIBIT 4

EXHIBIT 4

**Marr, Bill**

| | |
|---|---|
| **From:** | recognition@recognition.bankofamerica.com |
| **Sent:** | Monday, June 02, 2008 11:00 AM |
| **To:** | Marr, Bill |
| **Cc:** | Perez, Erik; Perry, Herbert W; Thompson, Ann; Michaud, Harold A |
| **Subject:** | Spirit Card Notification |

Bill Marr,

Harold (Harold) Michaud has recognized you with a Spirit Card. If your manager was not copied on this e-mail, please forward to him/her.

Click here for an online version of your Spirit Card:
http://recognition.bankofamerica.com/print_spirit_cards.msa?SpiritCard_SpiritCardId=
2618648

Recognition Date: 06/02/2008 12:54:41
Mail Code: CA4-519-10-01

Recognized for:
Outstanding teamwork! Bill thank you for sharing your business practices on today's call.
You are a tremendous asset for the Danville branch and the region. For your efforts I am
sending you 1000 Spirit points.

1

BM 00654

# EXHIBIT 5

**EXHIBIT 5**

## WLSF

| From: | Perry, Herbert W [Herbert.W.Perry@bankofamerica.com] |
|-------|------------------------------------------------------|
| Sent: | Monday, June 02, 2008 11:41 AM |
| To: | Marr, Bill |
| Cc: | Michaud, Harold A; Thompson, Ann |
| Subject: | Spirit Card Notification |
| Importance: | High |

Bill,

I thought you did a fabulous job this morning! Thanks for once again taking time out of your busy, productive day to assist us with growing better and more productive Mortgage Loan Officers for the Northern California Region, and beyond!! I really do appreciate your willingness to share you knowledge and expertise, and I am sure Harold and Ann also feel deeply indebted to you. Not that we'll forgive PFUNs missed or anything like that, but we do owe you a significant debt of gratitude!!

Thanks again,
Wayne

H. Wayne Perry
925-855-2102 office
925-683-0840 cell

"Know the Customer. Care about the Customer. Act in the Customer's best interest."

Bank of America: Proprietary

CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

-----Original Message-----
From: recognition@recognition.bankofamerica.com [mailto:recognition@recognition.bankofamerica.com]
Sent: Monday, June 02, 2008 10:50 AM
To: Marr, Bill
Cc: Perez, Erik; Perry, Herbert W; Thompson, Ann; Michaud, Harold A
Subject: Spirit Card Notification

Bill Marr,

Harold (Harold) Michaud has recognized you with a Spirit Card. If your manager was not copied on this e-mail, please forward to him/her.

Click here for an online version of your Spirit Card:

12/16/2010                                                          D03162

http://recognition.bankofamerica.com/print_spirit_cards.msa?SpiritCard_SpiritCardId=2618602

Recognition Date: 06/02/2008 12:46:58
Mail Code: CA4-519-10-01

Recognized for:
Outstanding teamwork. Bill thank you for sharing your business practices. You are a great asset for our the Danville branch and this region. For your efforts I am awarding you 1000 spirit points!

12/16/2010                                                                              D03163

# EXHIBIT 6

**EXHIBIT 6**

**Marr, Bill**

| | |
|---|---|
| **From:** | recognition@recognition.bankofamerica.com |
| **Sent:** | Thursday, June 12, 2008 2:25 PM |
| **To:** | Marr, Bill |
| **Cc:** | Perry, Herbert W; Thompson, Ann; Michaud, Harold A |
| **Subject:** | Spirit Card Notification |

Bill Marr,

Harold (Harold) Michaud has recognized you with a Spirit Card. If your manager was not copied on this e-mail, please forward to him/her.

Click here for an online version of your Spirit Card:
http://recognition.bankofamerica.com/print_spirit_cards.msa?SpiritCard_SpiritCardId=
2642282

Recognition Date: 06/12/2008 16:20:38
Mail Code: CA4-519-10-01
Created By: Erik-Zoe Perez

Recognized for:
Taking the time out of his busy schedule and assisting in presenting the 1 X Close product and A-Z process to his fellow associates. Bill Marr will be awarded 1,500 points for the leadership.

1

# EXHIBIT 7

EXHIBIT 7

## Marr, Bill

| | |
|---|---|
| **From:** | Michaud, Harold A |
| **Sent:** | Friday, June 13, 2008 10:26 AM |
| **To:** | Sirois, Sarah; Marr, Bill |
| **Cc:** | Thompson, Ann |
| **Subject:** | FW: 1 X Close Class |

I heard the same. Wayne called me last night and said Debra Mulanax was very excited and she has been through a 1 x close training before. She specifically told Wayne that the previous class only focused on paperwork and process where this session focused on getting the business. Nice work Bill!

"Know the customer. Care about the customer. Act for the customer."


Harold Michaud
Senior Vice President
Area Manager, Northern California
Bank of America mortgage
180 Grand Avenue
Oakland, CA. 94612
Phone: 510-368-2544


Bank of America: Proprietary

CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

---

**From:** Sirois, Sarah
**Sent:** Friday, June 13, 2008 10:21 AM
**To:** Thompson, Ann; Michaud, Harold A
**Subject:** RE: 1 X Close Class

Ann-

There were some people missing from the list below...

The actual participants were:

Chris Stathis
Jodi Fischer
Greg Hill
Judy Lampton
Debra Mulinax
Monty Lawrence
Rick Nielsen
Mara Montes
Gus Mendy
Ed Sobral

7/18/2008

BM  00633

Suman Singh
Tony Tafreshi

I wish you could have seen their faces when they left the class- smiles on their faces and you could tell their brains were thinking in a new way!  Bill received some major kudos from all the participants!

Sarah H Sirois
AVP/Learning Consultant
Northern California Retail CRE
Learning & Leadership Development
415.518.3937

"Know the customer. Care about the customer. Act for the customer."

Manage your development at the GCSBB Associate Development Center

Bank of America: Proprietary
CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error. please notify this office, and immediately delete this message and all its attachments. if any.

**From:** Thompson, Ann
**Sent:** Friday, June 13, 2008 10:15 AM
**To:** Sirois, Sarah; Michaud, Harold A
**Subject:** FW: 1 X Close Class

Nevermind!!

"Know the Customer. Care about the Customer. Act for the Customer."

Ann Thompson
Senior Vice President
Regional Executive, Northern California
510-219-8704

CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

**From:** Sirois, Sarah
**Sent:** Wednesday, June 11, 2008 9:31 AM
**To:** Thompson, Ann
**Subject:** RE: 1 X Close Class

Ann-

We are indeed having a One Time Close class tomorrow.  It will start at 1pm in Fremont, so everyone should be on the call at 10am.  Bill Marr will be walking the class through most of the process and Harold will be there as well.

Here are the MLOs who will be attending:

| |
|---|
| Chris Stathis |
| Judy Lampton |
| Ed Sobral |
| Eric Burgess |
| Richard Thierry |
| Mara Montes |
| Grace Sumlut |
| Debra Mulanax |
| Tony Tafreshi |
| Richard Nielsen |
| Jodi Fischer |
| Holly Huckaby |
| Gus Mendy |
| Monty Lawrence |

Thanks-

Sarah H Sirois
AVP/Learning Consultant
Northern California Retail CRE
Learning & Leadership Development
415.518.3937

"Know the customer. Care about the customer. Act for the customer."

Manage your development at the GCSBB Associate Development Center

Bank of America: Proprietary
CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

**From:** Thompson, Ann
**Sent:** Wednesday, June 11, 2008 8:18 AM
**To:** Sirois, Sarah
**Subject:** 1 X Close Class

I think you are having a 1 X Close class tomorrow.  Who is attending, where, and if it overlaps with the All Hands Call, can everyone pls do that from 10:00-10:35 or so?

Thanks!  I want to make sure if people are driving they listen in.

"Know the Customer. Care about the Customer. Act for the Customer."

7/18/2008

BM  00635

Ann Thompson
Senior Vice President
Regional Executive, Northern California
510-219-8704

CONFIDENTIALITY NOTICE: This transmittal is a confidential communication or may otherwise be privileged. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify this office, and immediately delete this message and all its attachments, if any.

BM  00636

# EXHIBIT 8

EXHIBIT 8

**Marr, Bill**

| | |
|---|---|
| **From:** | recognition@recognition.bankofamerica.com |
| **Sent:** | Tuesday, July 15, 2008 4:19 PM |
| **To:** | Marr, Bill |
| **Cc:** | Thompson, Ann; Sirois, Sarah; Perez, Erik; Perry, Herbert W; Michaud, Harold A |
| **Subject:** | Spirit Card Notification |

Bill Marr,

Harold (Harold) Michaud has recognized you with a Spirit Card. If your manager was not copied on this e-mail, please forward to him/her.

Click here for an online version of your Spirit Card:
http://recognition.bankofamerica.com/print_spirit_cards.msa?SpiritCard_SpiritCardId=
2711707

Recognition Date: 07/15/2008 18:07:53
Mail Code: CA4-519-10-01

Recognized for:
Outstanding teamwork! Bill thank you again for taking time out of your busy day to share your knowledge of the 1xclose product with your fellow teammates.You efforts will help those who attended  create success in a difficult market. For your time and effort the region is awarding you 1500 spirit points. Thanks again.

1

# EXHIBIT 9

EXHIBIT 9

Bank of America  CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:   08/21/2006
Pay Period:  07/01/2006 - 07/31/2006

Account Exec:  MARK, BILL [REDACTED]
AE Type:  Retail
Person Number:  2R201647
Hire Date:
Position End Date:  07/23/2001

Branch:  DANVILLE
Region:  Northern Ca

# REDACTED

Page 1 of 2

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Perception Loan Type | Second Mortgage | Basis Points | Regular Commission | Fee Waiver | Overage Underwage | LMIB (C)T LMIB Low / Low Tier | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Loans: 6   $6,247,400.00

Additional Information:
Bank Preferred Loans Used to Determine %
Servicing Refinance Loans Used to Determine %
LMIB/Government Commission Count
LMIB/Government Additional Incentive Unit Count
LIFT/LMIB (Wholesale)

Units    $ Units
0        0.00%
0        0.00%
0        0.00%
0        0.00%

List of Adjusting Entries

No adjusting entries found

SECOND MORTGAGE PRODUCTS

| Loan Number | Borrower | Date Funded | 1st Mortgage Loan Number | Date Closed | Loan Amount | BPS | Payment |
|---|---|---|---|---|---|---|---|

Total Second Mortgage Commission

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Product Amount Type | Initial Pmt (Line Amount) Amount(n-2) | Balance BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|

HELOC PRODUCTS

BM  02550

file://C:\Documents and Settings\hk5mel\Local Settings\Temporary Internet Files\OLK5\565299.html

Fundings from 06/01/2006 - 06/30/2006

| | | | | | |
|---|---|---|---|---|---|
| | 06/21/2006 | | 94,820.00 | HELOC | |
| | 06/27/2006 | | 75,795.00 | HELOC | |

HELOC PRODUCTS

Fundings from 05/01/2006    05/31/2006

| | |
|---|---|
| 05/19/2006 | 472,000.00 HELOC |

Total HELOC Commission:

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|
| 06/28/2006 | | Homeowners Insurance | 06/28/2006 | | 0.00 | 0.00 |
| 06/27/2006 | | Homeowners Insurance | 06/27/2006 | | 0.00 | 0.00 |
| 06/21/2006 | | Homeowners Insurance | 06/21/2006 | | 0.00 | 0.00 |
| 06/16/2006 | | Homeowners Insurance | 06/16/2006 | | 0.00 | 0.00 |

Relationship

Total Relationship Commission:

# EXHIBIT 10

EXHIBIT 10

# REDACTED

Bank of America   CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:      09/22/2006
Pay Period:    08/01/2006 - 08/31/2006

ACCOUNT EXEC   NAME:
AE Type         Retail
Person Number
Hire Date       07/23/2001
POSITION EFF Date
Branch          DANVILLE
Region          NMC - Northern CA

| Loan Number | Borrower Name | Date Funded | Date Closed | Exemption Loan Type | Second Mortgage | Basis Points | Regular Compensation | Fee Waiver | Overage Underage | LMIB Cur | LMIB/LMIB Cur Cnt | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Additional Information:
Bank Referred Loans Used to Determine %
Servicing Refinance Loans Used to Determine %
LMIB/Government Additional Incentive Unit Count
LMIB/Government Additional LICY/LMIB (Wholesale)

# Loans: 5        2,074,750.00

List of Adjusting Entries

Transaction Date     Transaction Type        Amount

SECOND MORTGAGE PRODUCTS

| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount | Line Product Amount Type | Payment |
|---|---|---|---|---|---|---|---|

Total Second Mortgage Compensation:

HELOC PRODUCTS

| Loan Number | App Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|

BM  02553

BM 02554

# EXHIBIT 11

EXHIBIT 11

# Draft Only

REDACTED

*STEP. 2006*

Bank of America **CONFIDENTIAL**
Mortgage Business Unit
Compensation Report (Confidential)

Pin Date:    12/06//CB
Pay Period:  09/03//CB6 - 09/16//CB6

Account Exec:  MARR, Ella 1635041
AE Type:  Retail
Proc Number:  7B20147
Hire Date:
Position End Date: 07/31/2001
Branch:  DANVILLE
Region:  NMC - Northern Ca

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | Units | %Units | Basis Points | Regular Commission | Fee Waiver | Overage Underage | LMR LHTC/LHCR Low Chg | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Additional Information
Bank Referred Loans Used to Determine #
Servicing Refinance Loans Used to Determine #
LHTC/LHCR Commission Grid Unit Count
LMTB/Government Additional Incentive Unit Count
:HCT/LMTB (Wholesale)

# Loans: 6

List of Adjusting Entries

| Teamaat.com Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|

BM  02555

# EXHIBIT 12

EXHIBIT 12

REDACTED

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

| Run Date | Pay Period |
| --- | --- |
| 11/27/2006 | 10/01/2006 - 10/31/2006 |

Account Exec: MARR, BILL (643704)
AE Type: Retail
Person Number: 3820144?
Hire Date: 07/23/1992
Position End Date:
Branch: DANVILLE
Region: WNC Northern Ca

Page 1 of 2

**List of Activity Entries**

Additional Information
  Bank Retained Loans Used to Determine $
  Retaining Retained Loans Used to Determine $
  LMICTIRMCB Commission Grid Unit Count
  LMICI/Government Additional Incentive Unit Count
    LICTI/MCB (Wholesale)

* Loans  8                                      4,949,200.00

**Transaction**

| Date | Transaction Type | Amount | Loan Number |
| --- | --- | --- | --- |
| 11/27/2006 | Overage/Underage | 40,200.00 |  |
| 11/07/2006 | Waived Fees Charge | 1,200.00 |  |
| 11/07/2006 | Waived Fees Charge | 400.00 |  |
| 11/07/2006 | Commission | 400.00 |  |
| 11/28/2006 | Waived Fees Refund | 20.00 |  |
| 11/22/2006 | Waived Fees Refund | 400.00 |  |

**SECOND MORTGAGE PRODUCTS**

| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount | APR | Payment |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | 10/31/2006 |  |  |  | 50020.00 | 6% |  |
|  | 10/31/2006 |  |  |  | 5,050.00 | 6% | 131.50 |
|  | 08/31/2006 |  |  |  | 85050.00 | 6% | 7.00 |

Total Second Mortgage Commission                                        654.50

BM  02557

HELOC PRODUCTS:

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Product Amount Type | Initial Line Amount | Initial Balance (Month+2) | MPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HELOC PRODUCTS |  |  |  |  |  |  |  |  |  |  |  |
| Fundings from 09/01/2006 | 09/10/2006 | 10/04/2006 |  |  | 12,285.00 HELOC |  | 78.43 | 0.00 | 0.00 | 0.00 | 78.43 |

| HELOC PRODUCTS |  |  |  |  |  |  |  |  |  |  |  |
| Fundings from 08/01/2006 - 08/31/2006 | 09/05/2006 09/07/2006 | N/A N/A |  | 40,000.00 Stand Alone HELOC 100,000.00 Stand Alone HELOC |  |  | 375.00 250.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 |
|  | 08/14/2006 | N/A |  | 450,000.00 Stand Alone HELOC |  |  | 675.00 | $7,127.16 | 437.63 | 0.00 |

Total: HELOC Commission

| Relationship Number | Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|---|
|  | 10/19/2006 |  | Homeowners Insurance | 10/19/2006 | 0.00 | 20.00 |
|  | 10/11/2006 |  | Homeowners Insurance | 10/11/2006 | 0.00 | 20.00 |
|  | 09/29/2006 |  | Homeowners Insurance | 09/29/2006 | 0.00 | 0.00 |

Total Relationship Commission    40.00

78.43

file://C:\Documents and Settings\nbk5tps\Local Settings\Temporary Internet Files\OLK1\16476...

Page 2 of 2

BM  02558

# EXHIBIT 13

EXHIBIT 13

# REDACTED

Bank of America   CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date: 12/19/2006
Pay Period: 11/16/2006 - 11/30/2006

Account Exec: FARR, MILL
Person AE Type: Retail
Blue Date: 09/21/2001
Position End Date: 07/21/2001
Branch:
Region: NRC - Northern CA

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | Allowance Mortgage | Second Mortgage Points | Basis Regular Compensation | Fee Saver | Overage Underage | LMTG/LMTB Sov Cnt | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Additions: Information
Bank Referred Loans (used to Determine %)
Servicing Refinance Loans (used to Determine %)
LMCT/LMTB Commission Credit Unit Count:
LMTB/Government Additional Incentive Unit Count:
LMCT/LMTB (Wholesale)

# Loans: 13            7,889,668.00

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | | Notes |
|---|---|---|---|---|---|
| | | | | | |

SECOND MORTGAGE PRODUCTS

| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount | BPS | Payment |
|---|---|---|---|---|---|---|---|

BM 02561

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | Borrower | 1st Mortgage Loan Number | Closed Date | Line Amount | Product Type |
|---|---|---|---|---|---|---|---|---|
| 11/09/2006 | | | | | | | %26.40 | |
| 11/06/2006 | | | | | | | %46.00 | |
| 11/07/2006 | | | | | | | %449.00 6% | |
| 11/13/2006 | | | | | | | %42.42 | |
| 10/13/2006 | | | | | | | 0.00 | |
| 10/13/2006 | | | | | | | (1030.39)6% | |

Total Second Mortgage Commission:   1,915.22

HELOC PRODUCTS
Fundings from 10/31/2006   10/31/2006

| | | | | | | | Initial Fee | Balance |
|---|---|---|---|---|---|---|---|---|
| | | 11/16/2006 | | | | 250,000.00 HELOC | 175.00 | |

HELOC PRODUCTS
Fundings from 09/07/2006   09/30/2006

| | | 10/04/2006 | | | | 52,285.00 HELOC | 78.43 | 0.00 |

Total HELOC Commission

Relationship

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | N/A Prem Amount | Payment |
|---|---|---|---|---|---|---|
| 11/09/2006 | | Homeowners Insurance | 11/09/2006 | | 0.30 | 20.00 |
| 11/06/2006 | | Homeowners Insurance | 11/06/2006 | | 0.00 | 20.00 |
| 11/06/2006 | | Homeowners Insurance | 11/06/2006 | | 0.00 | 20.00 |
| 11/02/2006 | | Homeowners Insurance | 11/02/2006 | | 0.00 | 20.00 |
| 11/02/2006 | | Homeowners Insurance | 11/02/2006 | | 0.00 | 20.00 |
| 10/13/2006 | | Homeowners Insurance | 10/13/2006 | | 0.00 | 0.00 |
| 11/12/2006 | | Homeowners Insurance | 11/12/2006 | | 0.00 | 0.00 |
| 12/11/2006 | | Homeowners Insurance | 12/11/2006 | | 0.00 | 0.00 |
| 09/29/2006 | | Homeowners Insurance | 04/23/2006 | | 0.00 | 0.00 |

Total Relationship Commission:   80.00

BM  02562

# EXHIBIT 14

EXHIBIT 14

Page 1 of 3

# REDACTED

*Jan. 2007*

REDACTED

Bank of America   CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:   02/16/2007
Pay Period:   01/01/2007 - 01/31/2007

Account Exec: MARK, BILL (tjk94)
AE Type:   Retail
Person Number:   28201447
Hire Date:   07/23/2001
Position End Date:
Branch:   DANVILLE
Region:   NWC - Northern CA

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Reception Loan Type | Alliance | Second Mortgage | Points | Miscel | Regular Commission | Fee Waiver | Overage Underage | LMTB LGV | LMTXT/LMTB LGV Cut | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Premier Referral | 234,000.00 | 01/08/2007 | | Bank | | | $5.00 | | 1,224.00 | 0.00 | (255.00) | 0.00 | | 1,071.0 |
| | Premier Referral | 532,000.00 | 01/18/2007 | | Retail External-Refinance | | | $5.00 | | 1,454.00 | 0.00 | (679.5) | 0.00 | | 2,773. |
| | Premier Referral | 691,000.00 | 01/22/2007 | | Retail External-Refinance | | | $5.00 | | 1,791.00 | 0.00 | (711.95) | 0.00 | | 2,779. |
| | Premier Referral | 196,000.00 | 01/29/2007 | | Retail Internal-Refinance | | | $5.00 | | 1,274.00 | 0.00 | (178.) | 0.00 | LC | (178. |
| | Premier Referral | 300,674.00 | 01/29/2007 | | Retail Internal-Refinance CRA | | | $5.00 | | 1,594.18 | 0.00 | (192.37) | 0.00 | LC | 1,562.C |
| | Premier Referral | 272,700.00 | 01/31/2007 | | Retail | | | $5.00 | | | 0.00 | (140.93) | 0.00 | | 1,511.C |
| | Premier Referral | 313,500.00 | 01/31/2007 | | Retail External-Refinance | Y | | $5.00 | | | 0.00 | (400.31) | 0.00 | LC | 987.4 |
| | Premier Referral | 1,300,000.00 | 01/31/2007 | | Retail External-Refinance-CRA | | | $5.00 | | | 0.00 | 2,500.00 | 0.00 | | 1,002.C |
| | Premier Referral | 564,000.00 | 01/31/2007 | | Retail | | | | | | 0.00 | 1,641.22 | 0.00 | | 2,911.0 |
| | Premier Referral | 571,000.00 | 01/31/2007 | | Retail External-Refinance | | | | | | 0.00 | (796.54) | 0.00 | | 2,914.5 |

$ Loans  10          4,345,814.00                                               9,189.02)          15,079.

Additional Information:
Bank Referred Loans Used to Determine %
Servicing Released Loans Used to Determine %         Units        %/Units
LMTXT/LMTB Commission Grid Unit Count:                 2        10.00%
LMTB/Government Additional Incentive Unit Count:       1        30.00%
LMTXT/LMTB (Wholesale):                                 1        30.00%

Previous Deficit:          0.0
Commission:          15,079
Draw:          19,379

Adjustments:
Second Mortgage:   15,886
HELOC:   612
LC:   1,558

                                       Total          12,610
                                       Non Sec Total

Relationship
Relationship - 2005:
Relationship:

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |
| 02/05/2007 | Premier Referral | 125.00 | | Premier Banking Referral-Client   Date: 01/17/07 |

**SECOND MORTGAGE PRODUCTS**

| Date | Product Referral | Premier Funding Referral - CLIENT: | Date 01/17/07 |
|---|---|---|---|
| 02/07/2007 | Waived Fees Charge | Adjustment to charge for Application Fee on loan # | Funded 01/16/2007 |
| 02/07/2007 | PMI Adjustments | Adjustment to undercage on loan # | |
| 02/08/2007 | Commission | 4Q Due to undercage on loan # | |
| 02/08/2007 | Commission | January AXA Commission split - Hampton | |
| 02/13/2007 | PMI Adjustments | Adj due to undercage | |
| 02/13/2007 | PMI Adjustments | Adj due to undercage | |
| 02/13/2007 | Waived Fees Refund | Refund Application Fee for loan # | Funded 01/16/2007 |

**SECOND MORTGAGE PRODUCTS**

| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount | BPS | Payment |
|---|---|---|---|---|---|---|---|
| 01/16/2007 | 12/16/2007 | | | | 44500.00 | 65 | 432.25 |
| 12/20/2006 | | | | | 20500.00 | 65 | 0.00 |
| 12/18/2006 | | | | | 71400.00 | 65 | 0.00 |
| 11/01/2006 | | | | | 83100.00 | 65 | 0.00 |
| 11/09/2006 | | | | | 127500.00 | 65 | 0.00 |
| 11/09/2006 | | | | | 84000.00 | 65 | 0.00 |

Total Second Mortgage Commission: 432.25

**HELOC PRODUCTS**

**HELOC PRODUCTS**
Fundings from 12/01/2006 - 12/31/2006

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Amount | Product Type | BPS | Initial Pmt (Line Amount) | Balance (Month2) | BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01/24/2007 | | N/A | | 61,750.00 | HELOC | | 95.63 | 0.00 | | 0.00 | 95.63 |
| | | 01/22/2007 | | N/A | | 103,000.00 | Stand Alone HELOC | | 150.00 | 0.00 | | 0.00 | 150.00 |
| | | 01/31/2007 | | | | 359,000.00 | Stand Alone HELOC | | 525.00 | 0.00 | | 0.00 | 525.00 |

Total HELOC Commission: 1,153.00

**HELOC PRODUCTS**
Fundings from 11/01/2006 - 11/30/2006

| | 12/27/2006 | | | | 900,000.00 | HELOC | | 1,153.00 | 178,941.65 | 65 | 1,163.12 | 780.12 |
| 11/16/2006 | | | | | 250,000.00 | HELOC | | 375.00 | 0.00 | 0.00 | 0.00 | |

Total HELOC Commission:

**Relationship**

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP From Amount | Payment |
|---|---|---|---|---|---|---|
| 12/29/2006 | | Homeowners Insurance | 12/29/2006 | | 0.00 | 0.00 |
| 11/09/2006 | | Homeowners Insurance | 11/09/2006 | | 0.00 | 0.00 |
| 11/09/2006 | | Homeowners Insurance | 11/09/2006 | | 0.00 | 0.00 |
| 11/06/2006 | | Homeowners Insurance | 11/08/2006 | | 0.00 | 0.00 |
| 11/06/2006 | | Homeowners Insurance | 11/06/2006 | | 0.00 | 0.00 |
| 11/02/2006 | | Homeowners Insurance | 11/02/2006 | | 0.00 | 0.00 |

Total Relationship Commission: 0.00

BM   02569

BM  02570

# EXHIBIT 15

EXHIBIT 15

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date   01/27/2007
Pay Period  02/01/2007 - 02/28/2007

Page 1 of 2

Account Exec: MANN, BILL (X9504)
AE Type: Retail
Person Number: 20201447
Hire Date: 07/23/2001
Position End Date:
Branch: DANVILLE
Region: NNC  Northern Ca

**REDACTED**

**REDACTED**

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | Second Mortgage Points | Basis | Regular Commission | Fee Waiver | Average Underwrite | LHCF/LHRB Cov Cmt | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 148,000.00 | 02/06/2007 | | Retail-Internal Refinance | | 65.00 | 1,040.00 | 0.00 | (200.00) | 0.00 | 840 |
| | | 121,000.00 | 02/09/2007 | | Retail | | 65.00 | 1,080.00 | 0.00 | (400.00) | 0.00 | 680 |
| | | 2,500,000.00 | 02/24/2007 | | Retail-Construction | | 65.00 | 15,000.00 | 0.00 | (542.50) | 0.00 | 14,457 |
| | | 900,000.00 | 02/24/2007 | | Retail | | 65.00 | 5,850.00 | 0.00 | (542.56) | 0.00 | 5,247 |
| | | 189,000.00 | 02/27/2007 | | Retail-External Refinance-CRA | | 65.00 | 1,078.50 | 0.00 | (211.63) | 0.00 | 867 |
| | | 500,000.00 | 02/27/2007 | | Retail-External Refinance | | 65.00 | 3,250.00 | 0.00 | 0.00 | 0.00 | 3,250 |
| | | 417,500.00 | 02/27/2007 | | Retail-External Refinance | | 65.00 | 2,841.75 | 0.00 | (708.75) | 0.00 | 2,135 | LR |
| | | 900,000.00 | 02/28/2007 | | Retail-External Refinance-CRA | | 65.00 | 5,850.00 | 0.00 | (2,250.00) | 0.00 | 3,600 | LC |

# Loans: 8       5,726,500.00        17,092.25   0.00   (4,312.50)        32,759

Additional Information
   Loans Used to Determine %                            Units    $/Units
   Bank Referred Loans Used to Determine %                0      0.00%
   Servicing Refinance Loans Used to Determine %          1      13.00%
   LMTC/LHCF/LHRB Loans Used to Determine %
   LHRB/Government Additional Incentive Unit Count        2                                                    0.00   0.00
   LHCF/LHRB (Wholesale)                                  2                                                    0.00   0.00

List of Adjusting Entries
| Transaction Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|
| 01/02/2007 | Premier Materials | (25.00) | | Premier Banking Referral (Client) |
| 01/02/2007 | Overage/Underage | (611.62) | | Customer   Date: 02/08/07 |
| 01/07/2007 | Waived Fees Charge | (200.00) | | Loan   construction funded |
| 01/16/2007 | Waived Fees Refund | 200.00 | | Adjustment no charge for Application Fee on Loan #   Funded 02/27/2007 |
| | | | | Refund Application Fee for Loan #   Funded 01/27/2007 |

SECOND MORTGAGE PRODUCTS
| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount BPS | Payment |
|---|---|---|---|---|---|---|
| | 01/16/2007 | | | | 64500.00 65 | 0.00 |
| | 12/20/2006 | | | | 200200.00 65 | 0.00 |
| | 12/18/2006 | | | | 72500.00 65 | 0.00 |

Total Second Mortgage Commission:                                                    0.00

Previous Deficit:                                        0
Commission:                                         32,759
Adjustments                                          (4,185)
Second Mortgage                                           0
HELOC                                                   271
Relationship - 2005                                      0
Relationship:                                            0
Non Rec Draw:

Total                                               28,025

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Product Amount  Type | Initial Pmt  Initial Amount (Months-?)  BPS | Balance  Payment | Current  Payment |
|---|---|---|---|---|---|---|---|---|---|
| **HELOC PRODUCTS**  Fundings from 01/01/2007 - 01/31/2007 | | 02/05/2007 | | | | 65,000.00 HELOC | .797 10  0.00 | 0.00 | 277.50 |
| **HELOC PRODUCTS**  Fundings from 12/01/2006 - 12/31/2006 | | 31/04/2007  31/22/2007  31/31/2007 | | N/A  N/A | | 61,710.00 HELOC  100,000.00 2nd Alone HELOC  150,000.00 Stand Alone HELOC | 55 81  150 00  424 60  Total HELOC Commission | 0 00  0 00  0 00 | 0 00  0 00  0 00 |
| | | 12/27/2006 | | | | 700,000.00 HELOC* | 1,350.00  $1,225.43  65  397 30 | 0.00  277 50 | |

Relationship

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | Eff Prin Amount | Payment | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/29/2006 | Homeowners Insurance  Total Relationship Commission | 12/29/2006 | | 0.00 | 0 00  0 00 | | | |

BM   02573

# EXHIBIT 16

.

EXHIBIT 16

Bank of America CONFIDENTIAL
Mortgage Business Unit
Mortgage Compensation Report (Confidential)

Run Date: 04/19/2007
Pay Period: 03/01/2007 - 03/31/2007

**REDACTED**

| Account Exec: | MARX, BILL (935504) |
|---|---|
| AE Type: | Retail |
| Person Number: | 28101447 |
| Hire Date: | 07/27/2001 |
| Position End Date: | |
| Branch: | DANVILLE |
| Region: | SNC - Northern CA |

Page 1 of 2

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Perception Loan Type | 2Spread Alliance Mortgage Points | Basis Commission | Regular Commission | Fee Waiver | Overage Underage | LMICF/LMIB Gov | LMICF/LMIB Gov Chk | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 180,000.00 | 01/06/2007 | | Retail | | 70.00 | 1,260.00 | | (512.00) | 0.00 | | 747. |
| | | 209,120.00 | 01/06/2007 | | Retail | | 70.00 | 1,463.44 | | (524.80) | 0.00 | | 944. |
| | | 185,000.00 | 01/16/2007 | | Bank | | 70.00 | 2,895.00 | | (72.87) | 0.00 | | 1,911. |
| | | 304,000.00 | 01/19/2007 | | Retail External: Refinance-CRA | | 70.00 | 2,128.00 | | (380.00) | 0.00 | L8 | 1,748. |
| | | 375,499.00 | 01/21/2007 | | Retail External: Refinance | | 70.00 | 2,628.49 | | (469.37) | 0.00 | | 2,159. |
| | | 200,500.00 | 01/23/2007 | | Retail External: Refinance | | 70.00 | 1,403.00 | | (250.00) | 0.00 | | 1,153. |
| | | 636,300.00 | 01/26/2007 | | Retail | | 70.00 | 4,452.00 | | 1,330.00 | 0.00 | | 2,862. |
| | | 552,000.00 | 01/27/2007 | | Retail-External: Refinance | | 70.00 | 3,864.00 | | (1,380.00) | 0.00 | | 2,494. |
| | | 387,000.00 | 01/27/2007 | | Retail-External: Refinance | | 70.00 | 2,709.00 | | (967.50) | 0.00 | | 1,741. |
| | | 559,873.00 | 01/29/2007 | | Retail-Internal: Refinance CRA | | 70.00 | 3,919.13 | | (1,210.50) | 0.00 | LC | 2,688. |

# Loans: 10        3,789,294.00        26,525.06        0.00        (8,087.25)        18,437.8

**Additional Information:**
Servicing Refinance Loans Used to Determine $
Servicing Refinance Loans Used to Determine %
LMICF/LMIB Commission Grid Unit Count
LMIB/Government Additional Incentive Unit Count
LMICF/LMIB Wholesale)

| | Units |
|---|---|
| %/Units | 10.00% |
| | 10.00% |
| | 10.00 |

**REDACTED**

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Loan | Customer | Customer Loan Amount | BPS | Payment | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/2007 | Overage/Underage | (1,750.00) | | Curtailment on loan: 22 days | | | | | |
| 04/04/2007 | Commission | (377.10) | | | | | | | |
| 04/09/2007 | Premier Referral | 131.30 | | Premier Banking Referral: Client | | | | | |

Total Second Mortgage Commission

| | Amount |
|---|---|
| Previous Deficit: | 0 |
| Previous Draw: | (4,705) |
| Commission | 18,437 |
| Adjustments | (1,487) |
| Second Mortgage | 0 |
| HELOC | 1,885 |
| Relationship: | 254 |
| Relationship:P 2005 | |
| **Total:** | 14,785 |
| Non Rec Draw: | |

SECOND MORTGAGE PRODUCTS

| Loan Number | Borrower | Date Funded | 1st Mortgage Loan Number | Closed Date | Loan Amount | Payment |
|---|---|---|---|---|---|---|
| | | 01/16/2007 | | | 65500.00 65 | 0.00 |

Total Second Mortgage Commission        0.00

HELOC PRODUCTS

Date: 03/05/07        Construction funded:

BM 02575

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Amount | Product Type | Initial Pmt (Line Amount) | Balance (Month>2) BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|

**HELOC PRODUCTS Fundings from 02/01/2007 - 02/28/2007**

| | | 01/26/2007 | | N/A | | 75,000.00 | HELOC | 75.00 | 0.00 | 0.00 | 75.00 |
| | | 01/29/2007 | | N/A | | 113,250.00 | Stand Alone HELOC | 178.88 | 0.00 | 0.00 | 178.88 |

**HELOC PRODUCTS Fundings from 01/01/2007 - 01/31/2007**

32/05/2007    85,000.00 HELOC    277.50    0.00    0.00    0.00

| | | 01/04/2007 | | N/A | | 41,750.00 | HELOC | 95.61 | 0.00 | 0.00 | 0.00 |
| | | 01/22/2007 | | N/A | | 50,000.00 | Stand Alone HELOC | 150.00 | 0.00 | 0.00 | 0.00 |
| | | 01/22/2007 | | N/A | | 107,000.00 | Stand Alone HELOC | 150.00 | 70 | 713.48 | 713.48 |
| | | 01/11/2007 | | N/A | | 150,000.00 | Stand Alone HELOC | 525.00 | 101,924.84 70 | 918.62 | 918.62 |
| | | 01/11/2007 | | N/A | | 150,000.00 | Stand Alone HELOC | 525.00 | 131,231.82 70 | 0.00 | 0.00 |

Total HELOC Commission:    1,885.98

**Relationship**

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|
| 01/23/2007 | | BPP 6 Month | 01/23/2007 | | 127.12 | 254.24 |

Total Relationship Commission:    254.24

BM 02576

# EXHIBIT 17

EXHIBIT 17

REDACTED

REDACTED

Page 1 of 2

Bank of America - CORP/DENTAL
Wholesale Business Unit
(Compensation Report (Confidential))

Run Date: 05/21/2007
Pay Period: 04/01/2007 - 04/27/2007

Account Level: BANK, BILL (63594)
Person Number: 282014WJ
Hire Date: 07/23/200?
Branch: DANVILLE
Region: NNE - Northern Ca

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Reception Loan Type | Alliance | Second Mortgage | Basis Points | Regular Commission | Fee Waiver | Overage Underage | Total LMIT/LMIB Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 251,918.00 | 04/09/2007 | | Retail | | | 70.00 | 1,763.57 | 0.00 | (629.84) | 1,133 |
| | | 878,148.00 | 04/02/2007 | | Retail | | | 70.00 | 6,155.44 | 0.00 | (2,198.37) | 3,957 |
| | | 634,000.00 | 04/18/2007 | | Retail | | | 70.00 | 4,352.00 | 0.00 | (2,672.88) | 2,679 |
| | | 417,000.00 | 04/30/2007 | | Retail External Refinance | | | 70.00 | 2,919.00 | 0.00 | (1,342.74) | 1,576 |
| | | 228,000.00 | 04/24/2007 | | Retail | | | 70.00 | 1,596.00 | 0.00 | (285.00) | 1,311 |
| | | 259,000.00 | 04/24/2007 | | Retail External Refinance | | | 70.00 | 1,896.00 | 0.00 | (578.00) | 1,318 |
| | | 454,705.00 | 04/24/2007 | | Retail | Y | | 70.00 | 3,182.74 | 0.00 | (1,116.78) | 1,574 |
| | | 400,000.00 | | | Retail External Refinance | | | 70.00 | 2,520.00 | 0.00 | 1,680.00 | 4,200 |
| | | 160,000.00 | 04/25/2007 | | Bank-Construction | | | 70.00 | 1,120.00 | 0.00 | 735.00 | 1,855 |
| | | 162,000.00 | 04/27/2007 | | Retail External Refinance | | | 70.00 | 1,134.00 | 0.00 | 1,044.91 | 1,846 |
| | | 160,000.00 | 04/27/2007 | | Retail | | | 70.00 | 2,543.00 | 0.00 | (4,623.57) | (2,040) |
| | | 1,000,000.00 | | | Bank-Construction | | | 70.00 | 7,000.00 | 0.00 | 0.00 | 7,000 |
| | | 435,000.00 | 04/10/2007 | 04/27/2007 | Retail | | | 70.00 | 2,975.00 | 0.00 | (554.43) | 2,420 |

8 Loans: 11    6,990,991.00    48,216.95    0.00    (15,975.991)    37,240.0

Additional Information

Bank Referred Loans Used to Determine %
Servicing Refinance Loans Used to Determine %
LMIT/LMIB Commission Grid Unit Count:
LMIB/Government Additional (Exclusive Unit Count):
    LMIT/LMIB Minimum(s):

Units       # Units
  2          15,00%
  2          15,00%
  0            ,00%
  0            ,00%

Position End Date:
LMIB Cov
LMIT/LMIB Cov Cnt

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Notes | Adjustments | | |
|---|---|---|---|---|---|---|---|
| 05/07/2007 | Waived Fee Charge | (200.00) | | Adjustment to Charge for Application Fee on Loan # | Previous Deficit | | (4,105) |
| 05/16/2007 | ABA Commission Split | (1,378.19) | | Adjustment for Commission Split to Hampton | Draw | | 32,260 |
| 05/16/2007 | ABA Commission Split | (757.85) | | Adjustment for Commission Split to Hampton | | | |
| 05/16/2007 | ABA Commission Split | (1,141.30) | | Adjustment for Commission Split to Hampton | Commission | | 37,240 |

SECOND MORTGAGE PRODUCTS

| Loan Number | Borrower | Funded Date | 1st Mortgage Loan Number | Closed Date | Loan Amount | Loan Amount BPS | Payment |
|---|---|---|---|---|---|---|---|
| | | 04/18/2007 | | | 64710.00 70 | 451.25 | |
| | | 04/24/2007 | | Funded 04/19/2007 | 99900.00 70 | 693.00 | |

Adjustments       (1,477)
Second Mortgage    1,146.
HELOC               155
Relationship - 2005  0
Relationship         0

Non Rec Draw        23,779

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Product Amount Type | Initial Pmt (Line Amount) | Balance (Monthly) BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|

Total Second Mortgage Commission:                                         1,166.25

HELOC PRODUCTS
Fundings from 31/01/2007                03/31/2007

|  |  | 04/18/2007 | | N/A | | 15,000.00  Stand Alone HELOC | 53.56 | 0.00 | 0.00 | 52.50 |
|  |  | 04/20/2007 | | N/A | | 58,979.00  Stand Alone HELOC | 203.47 | 0.00 | 0.00 | 203.47 |

HELOC PRODUCTS
Fundings from 02/01/2007                02/28/2007

|  |  | 01/26/2007 | N/A | | | 70,000.00  Stand Alone HELOC | 75.00 | 0.00 | 0.00 | 0.00 |
|  |  | 01/29/2007 | | | | 119,250.00  HELOC | 79.88 | 0.00 | 0.00 | 0.00 |

                                                                02/05/2007            285,000.00 HELOC                   Total HELOC Commission:        273.50        0.00   65   0.00   155.97

Relationship

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|
|  | 01/27/2007 | | 01/27/2007 | | 127.12 | 0.00 |

Total Relationship Commission:                                        0.00

BM  02579

# EXHIBIT 18

EXHIBIT 18

Bank of America   CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Page 1 of 2

REDACTED

Run Date:   04/24/2007
Pay Period:   05/01/2007 - 05/31/2007

Account Exec:   MARR, BILL (xxxxx)
AE Type:   Retail
Person Number:   xxxxxxx
Hire Date:   07/23/2001
Position End Date:
Branch:   DANVILLE
Region:   NNC - Northern Ca

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Type | Units | %/Units | Second Mortgage | Basis Points | Regular Commission | Fee Waiver | Overage Underage | LMIB Ovr | LMIC/LMIB Ovr Circ | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 800,000.00 | 05/01/2007 | | Retail | | | | 70.00 | 1,800.00 | 0.00 | (1,532.28) | 0.00 | | 2,225.01 |
| | | 555,000.00 | 05/14/2007 | | Retail | | | | 70.00 | 1,885.00 | 0.00 | 0.00 | 0.00 | | 2,278.50 |
| | | 417,000.00 | 05/14/2007 | | Retail | | | | 70.00 | 2,919.00 | 0.00 | (1,548.45) | 0.00 | | 2,338.21 |
| | | 548,000.00 | 05/14/2007 | | Retail | | | | 70.00 | 1,836.00 | 0.00 | (95).26 | 0.00 | | 1,993.16 |
| | | 1,500,000.00 | 05/15/2007 | | Retail | | | | 70.00 | 10,500.00 | 0.00 | 0.00 | 0.00 | | 10,500.00 |
| | | 700,000.00 | 05/15/2007 | | Bank Construction | | | | 70.00 | 4,928.00 | 0.00 | 0.00 | 0.00 | | 3,424.00 |
| | | 110,000.00 | 05/21/2007 | | Retail | | | | 70.00 | 770.00 | 0.00 | (1,593).24 | 0.00 | | 4,202.0 |
| | | 950,000.00 | 05/21/2007 | | Retail-Internal-Refinance | | | | 70.00 | 6,550.00 | 0.00 | (187).95 | 0.00 | | 4,271.0 |
| | | 856,495.00 | 05/22/2007 | | Retail | | | | 70.00 | 1,799.47 | 0.00 | (2,315.00) | 0.00 | | 598.0 |
| | | 256,495.00 | 05/22/2007 | | Retail | | | | 70.00 | 1,795.00 | 0.00 | (641.25) | 0.00 | | 1,154.0 |
| | | 2,292,000.00 | 05/24/2007 | | Retail-Internal-Refinance | | | Y | 70.00 | 16,010.00 | 0.00 | 0.00 | 0.00 | | 16,010.0 |
| | | 348,000.00 | 05/24/2007 | | Retail-Construction | | | | 70.00 | 1,976.00 | 0.00 | 0.00 | 0.00 | LC | 2,556.0 |
| | | 1,255,000.00 | 05/31/2007 | 05/30/2007 | Retail-External-Refinance | | | | 70.00 | 8,785.00 | 0.00 | (1,420.00) | 0.00 | | 6,118.0 |
| | | | | | | | | | | | | (2,666.87) | | | |

# Loans: 1)   9,685,445.00                                   67,809.12   0.00   (11,235.50)   54,569.4

Additional Information:
Bank Referred Loans Used to Determine %:
Servicing Retained Loans Used to Determine %:
LMICT/LMIB Commission Unit Count:
LMIB/Government Additional Incentive Unit Count:
LMICT/LMIB (Wholesale):

| | Units |
|---|---|
| | 1 |
| | 2 |
| | 0 |
| | 1 |

| | %/Units |
|---|---|
| | 8.00% |
| | 15.00% |

Previous Deficit:
Draw:   (4,205
Compensation:   54,569

Adjustments:   1,752
Second Mortgage:   497
HELOC:   1,873

Relationship:   2005
Relationship:   0

Total:   54,391
Non Rec Draw:   0.00

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|
| 06/14/2007 | AXA Commission Split | (1,937.29) | | Adjustment for commission split to: Margin |
| 06/14/2007 | PFOR Adjustments | 3,690.00 | | Adj due to underage on loan - Ramirez |

SECOND MORTGAGE PRODUCTS

| Loan Number | Borrower | Funded Date | 1st Mortgage Loan Number | Closed Date | Loan /Amount BPS | Payment |
|---|---|---|---|---|---|---|
| | | 05/11/2007 | | | 11,000.00 70 | 497.00 |
| | | 04/24/2007 | | | 99,000.00 70 | 0.00 |
| | | 34/18/2007 | | | 64750.00 7C | 0.00 |

REDACTED

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Product Amount Type | Initial Int Rate (Amount) (Month/12) | Balance BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|

**HELOC PRODUCTS**
Fundings from 04/01/2007 - 04/10/2007

| | | 35/07/2007 | | N/A | | 143,100.00 Stand Alone HELOC | 240.00 | 0.00 | 240.00 | 240.00 |
| | | 04/17/2007 | | | | 142,000.00 HELOC | 198.00 | 0.00 | 198.00 | 198.00 |
| | | 05/18/2007 | | | | 121,000.00 HELOC | 181.58 | 0.00 | 181.58 | 181.58 |
| | | 04/21/2007 | | N/A | | 167,500.00 Stand Alone HELOC | 551.25 | 0.00 | 551.25 | 551.25 |

**HELOC PRODUCTS**
Fundings from 01/01/2007 - 07/31/2007

| | | 04/18/2007 | | N/A | | 15,020.00 Stand Alone HELOC | 52.50 | 0.00 | 0.00 | 0.00 |
| | | 04/20/2007 | | N/A | | 68,979.10 Stand Alone HELOC | 121.47 | 0.00 | 0.00 | 0.00 |

**HELOC PRODUCTS**
Fundings from 01/01/2007 - 07/31/2007

| | | 01/26/2007 | | N/A | | 50,000.00 Stand Alone HELOC | 75.00 | 18,000.00 | 126.00 | 51.00 |
| | | 03/29/2007 | | 040159?4082 | | 119,250.00 HELOC | 178.88 | 119,250.00 70 | 834.75 | 655.87 |

Total HELOC Commission

1,877.70

**Relationship**

| Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP Amount | BPP Prem Payment |
|---|---|---|---|---|---|---|
| | 01/21/2007 | BPP & Month | 01/23/2007 | | 121.12 | 0.00 |

Total Relationship Commission

0.00

Total Second Mortgage Commission         497.00

BM 02582

# EXHIBIT 19

EXHIBIT 19

**REDACTED**

**REDACTED**

Page 1 of 2

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:    07/19/2007
Pay Period:  06/01/2007 - 06/30/2007

Amount Exec: MARR, Bill, [&x106]
AE Type: Retail
Person Number: 3820147
Hire Date:
Position End Date: 07/23/2007
Branch: DANVILLE
Region: MNC - Northern Ca

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | Second Alliance Mortgage Points | Basis | Regular Commission | Fee Waiver | Overage Underage | LMID Gov | LMID/LMIB Gov Cat | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 69,000.00 | 06/19/2007 | | Retail External Refinance | | 70.00 | 483.00 | 0.00 | (86.25) | | | 396.75 |
| | | 150,000.00 | 06/20/2007 | | Retail | | 70.00 | 1,050.00 | 0.00 | 0.00 | | | 1,050.00 |
| | | 520,000.00 | 06/25/2007 | | Retail External Refinance | | 70.00 | 3,640.00 | 0.00 | (1,469.22) | | | 2,170.78 |
| | | 270,000.00 | 06/29/2007 | | Retail CRA | | 70.00 | 1,890.00 | 0.00 | 0.00 | | | 1,890.00 |
| | | 3,300,000.00 | | | Retail | | 70.00 | 23,100.00 | 0.00 | 0.00 | | UC LLB | 23,100.00 |
| | | 450,500.00 | | | Bank Construction | | 70.00 | 3,153.50 | 0.00 | (934.78) | | | 2,218. |

# Loans   6        4,759,500.00                                Retail                              31,316.50   0.00   (2,410.42)        30,886.2

Additional Information:
Bank Referred Loans Used to Determine %
Servicing Referred Loans Used to Determine %
LMIT/LMIB Commission Unit Count:
LMIB/Government Additional Incentive (LMIT/LMIB wholesale):

|  | Units | %/units |
|---|---|---|
| | 0 | 17.00% |
| | 1 | 0.00% |
| | | |

Previous Deficit:                    0.00
Draw                              (4.30)
Commission                     30,886.
Adjustments                    (34.09?)
Second Mortgage                    455
MEDIC                              455
Relationship - 2005:                 0
Non Rec Draw:                        0
Total:                         11,397

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|
| 01/01/1900 | AEA Commission Split | 455.00 | | Adjustment for commission split to: Hampton |
| 07/02/2007 | Overage/Underage | (1,441.31) | | Loan # Customer |
| 07/02/2007 | Overage/Underage | (1,210.00) | | Loan #                   construction funded |
| 07/09/2007 | Waived Fees Charge | (200.00) | | Adjustment to Charge for Application Fees on Loan # |
| 07/09/2007 | Waived Fees Charge | (200.00) | | Adjustment to Charge for Application Fees on Loan # |
| 07/09/2007 | Waived Fees Charge | (250.00) | | Adjustment to Charge for Application Fees on Loan # |
| 07/09/2007 | Commission | (1,555.50) | | Adjustment for Commission split to Allen |
| 07/16/2007 | Waived Fees Refund | 200.00 | | Refund Application Fee for Loan #      Withdrawn 05/07/2007 |
| 07/16/2007 | Waived Fees Refund | 200.00 | | Refund Application Fee for Loan #      Withdrawn Withdrawn |
| 07/16/2007 | Waived Fees Refund | 200.00 | | Refund Application Fee for Loan #      Withdrawn 06/12/2007 |

SECOND MORTGAGE PRODUCTS

| Loan Number | Borrower | Funded Date | 1st Mortgage Loan Number | Closed Date | Loan Amount | BPS | Payment |
|---|---|---|---|---|---|---|---|
| | | 06/25/2007 | | | 65000.00 | 70 | 455.00 |
| | | 05/31/2007 | | | 71000.00 | 0 | 0.00 |
| | | 04/24/2007 | | | 79000.00 | 0 | 0.00 |
| | | 04/18/2007 | | | 84750.00 | 70 | 0.00 |

file://C:\Documents and Settings\...

BM 02584

Total Second Mortgage Commission

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Amount | Product Type | Initial Pmt (Line Amount) (Months) | Balance (Months) | BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 04/27/2007 | | N/A | | 150,000.00 | Stand Alone HELOC | 225.00 | 0.00 | | 0.00 | 225.00 |

HELOC PRODUCTS
Fundings from 05/01/2007 - 05/31/2007

| | | 05/03/2007 | | N/A | | 160,000.00 | Stand Alone HELOC | 240.00 | 0.00 | | 0.00 | 0.00 |
| | | 05/17/2007 | | | | 132,000.00 | HELOC | 198.00 | 0.00 | | 0.00 | 0.00 |
| | | 05/18/2007 | | | | 121,034.00 | HELOC | 181.38 | 0.00 | | 0.00 | 0.00 |
| | | 05/21/2007 | | N/A | | 167,500.00 | Stand Alone HELOC | 251.25 | 0.00 | | 0.00 | 0.00 |

HELOC PRODUCTS
Fundings from 04/01/2007

| | 04/30/2007 | | | N/A | | 35,000.00 | Stand Alone HELOC | 52.50 | 25,000.00 | 70 | 175.00 | 122.50 |
| | 04/20/2007 | | | N/A | | 68,979.00 | Stand Alone HELOC | 103.47 | 10,729.84 | 70 | 215.11 | 111.64 |

Total HELOC Commission: 459.14

BM 02585

# EXHIBIT 20

**EXHIBIT 20**

**REDACTED**

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:   09/21/2007
Pay Period:   07/01/2007 - 07/31/2007

Account Exec: MARK, BILL (63504)
Person Number: 2820147
AE Type: Retail
Hire Date: 07/23/2001
Position End Date:
Branch: DANVILLE
Region: NWC - Northern Ca

Page 1 of 2

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | | |
|---|---|---|---|---|---|---|---|
| | | $11,250.00 | 07/12/2007 | | Retail | | |
| | | 750,020.00 | 07/17/2007 | | Retail | | |
| | | 335,500.00 | 07/19/2007 | | Retail | | |
| | | 145,000.00 | 07/20/2007 | | Retail: External Refinance | | |
| | | 500,000.00 | 07/20/2007 | | Retail: External Refinance | | |
| | | 2,000,000.00 | 07/24/2007 | | Retail: External Refinance | | |
| | | 700,000.00 | 07/24/2007 | | Retail: External Refinance | | |
| | | 412,000.00 | 07/24/2007 | | Retail | | |
| | | 944,000.00 | 07/26/2007 | | Retail | | |
| | | 1,500,000.00 | 07/26/2007 | | Retail: External Refinance | | |
| | | 815,200.00 | | | Retail: Construction | | |
| | | 180,000.00 | | | Retail | | |

# Loans: 13                 10,532,950.00

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Units | $/Units |
|---|---|---|---|---|
| | | 400.00 | 0 | 0.00% |
| | | 430.00 | 0 | 0.00% |
| | | 3,027.53 | 0 | 0.00% |

Additional Information
Bank Referred Loans Used to Determine %
Servicing Retained Loans Used to Determine %
LMIC/LMIB Commission Grid Unit Count:
LMIB-Government Additional Incentive Unit Count:
LIC/LMIB (Wholesale)

| Transaction Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|
| 08/07/2007 | Waived Fees - Charge | 430.00 | | Adjustment to charge for Application Fee for loan # withdrawn 07/12/2007 |
| 08/14/2007 | Waived Fees Refund | 430.00 | | Refund Application Fee for loan # |
| 08/17/2007 | Overage/Underage | | | Adjustment due to underage on loan |

SECOND MORTGAGE PRODUCTS

| Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount | RFS | Payment |
|---|---|---|---|---|---|---|
| 07/11/2007 | | | | 151,813.00 | 1,089.55 | |
| 04/25/2007 | | | | 65,000.00 | 0.00 | |
| 35/31/2007 | | | | 71000.00 | 0.00 | |

**REDACTED**

Total Second Mortgage Commission:                1,009.75

**HELOC PRODUCTS**

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Loan Amount | Product Type | Initial Pmt (Loan Amount) | Balance (Month+2) | InPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**HELOC PRODUCTS**
Fundings from 06/01/2007 - 06/30/2007

| | | 07/24/2007 | | N/A | | 419,999.00 HELOC | | 750.00 | 0.00 | | 0.00 | 750.00 |

| | | 06/27/2007 | | N/A | | 150,000.00 Stand Alone HELOC | | 225.00 | 0.00 | | 0.00 | 0.00 |

**HELOC PRODUCTS**
Fundings from 05/01/2007 - 05/31/2007

| | | 05/07/2007 | | N/A | | 160,000.00 Stand Alone HELOC | | 240.00 | 259,868.18 70 | 1,119.08 | 879.08 |
| | | 05/11/2007 | | | | 132,000.00 HELOC | | 198.00 | 0 00 70 | 0.00 | 0.00 |
| | | 05/18/2007 | | | | 121,054.00 HELOC | | 181.58 | 0 00 70 | 0.00 | 0.00 |
| | | 05/21/2007 | | | | 167,500.00 Stand Alone HELOC | | 551.25 | 126,868.59 70 | 883.18 | 331.93 |

Total HELOC Commission:    2,961.01

BM 02588

# EXHIBIT 21

**EXHIBIT 21**

Bank of America   (CONFIDENTIAL)
Mortgage Business Unit
Compensation Report (Confidential)

Run Date: 09/19/2007
Pay Period: 08/31/2007 - 08/31/2007

**REDACTED**

**REDACTED**

Page 1 of 2

Account Exec: MARR, BILL (B15641)
Person Number: 3B20144T
AE Type: Retail
Hire Date: 07/21/2000
Branch: DANVILLE
Region: ?NC - Northern Ca

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Units | Exception Loan Type | Alliance Mortgage | Second Mortgage Points | Basis | Regular Commission | Fee Waiver | Overage Underage | LMIB Gov Cnt | LMIC/LMIB Gov Cnt | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Position End Date

Previous Deficit

Total
Non Rec Draw:

Adjustments
Commission:

Draw
Adjustments
Second Mortgage
HELOC
Relationship
Relationship - 2005

BM   02592

# EXHIBIT 22

EXHIBIT 22

# Draft Only

## REDACTED

*SEP. 2007*

**REDACTED**

Bank of America   CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:    10/19/2007
Pay Period:  09/11/2007 - 09/30/2007

Page 1 of 1

Account Exec: MARK, BILL 163504
AE Type:                     Retail
Person Number:  2421042
Hire Date:      07/23/2001
District:
Region:         DANVILLE
NMC:            Western CA

Position End Date

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Execution Loan Type | Ground Mortgage | Basis Points | Amount Commission | Fee Waiver | Overage/Underage | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 200,000.00 | 09/04/2007 | | Retail/External Refinance | | 70.00 | 1,463.00 | 0.00 | (250.00) | 1,150.00 |
| | | 140,000.00 | 09/12/2007 | | Retail/External Refinance | | 75.00 | 1,350.00 | 0.00 | 1,196.00 | 1,991.5 |
| | | 140,000.00 | 09/18/2007 | | Retail/External Refinance | | 70.00 | 2,196.00 | 0.00 | (2,419.00) | (10. |
| | | 140,000.00 | 09/18/2007 | | Retail/External Refinance | | 70.00 | 2,240.00 | 0.00 | (712.00) | 1,528. |
| | | 150,000.00 | 09/18/2007 | | Retail/External Refinance CFA | | 70.00 | 3,750.00 | 0.00 | 0.00 | 10,500.0 |
| | | 100,300.00 | 09/28/2007 | | Retail | | 70.00 | 3,100.00 | 0.00 | 0.00 | 852. |
| | | 100,000.00 | 09/28/2007 | | Retail | | 70.00 | 1,750.00 | 0.00 | (1,248.00) | 7,350. |
| | | 140,000.00 | 09/28/2007 | 09/28/2007 | Retail Construction | | 70.00 | 5,880.00 | 0.00 | 0.00 | 5,880. |
| | | 840,000.00 | 09/28/2007 | | Retail | | 70.00 | 1,205.00 | 0.00 | 0.00 | 1,205. |
| | | 171,000.00 | 09/28/2007 | | Retail External Refinance | | 70.00 | 2,597.00 | 0.00 | 1,391.25 | 3,988. |

**# Loans  7**

**Totals:**  5,171,020.00 | | | | | | | | 17,597.00 | 0.00 | 17,168.25 | 30,428.0

---

Additional Information:
Bank Referred Loans Used to Determine %
Servicing Retained Loans Used to Determine %
LMICT/LMIB Commission Grid Unit Count:
LMIB/Government Additional Incentive Unit Count:
LMICT/LMIB (Wholesale)

|  | Units |  | Amounts |
|---|---|---|---|
| | 0 | | 0.00% |
| | 0 | | 0.00% |
| | 0 | | |
| | 1 | | |

| | LMIB low | LMICT/LMIB low Unit | LMICT/LMIB Commission |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | Lt | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |

Previous Deficit
Compensation:
Previous Deficit Draw
| | | | (4,30). |
| | | | 33,478. |
Adjustments:
Second Mortgage   HELOC    (4,125. |
Relationship - 2005                  0.
|                                   21,998. |
Non Rec Draw                        0.

---

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Loan # | Customer | Notes |
|---|---|---|---|---|---|---|
| 10/22/2007 | Overage/Underage | (4,125.00) | | | | Commission Lumber |

7/9/2008

BM 02593

# EXHIBIT 23

EXHIBIT 23

# REDACTED

*OCT. 2007*

Bank of America  CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date    11/29/2007
Pay Period  10/01/2007 - 10/31/2007

Account Exec: MARR, BILL [675641]
AE Type: Retail
Person Number: 2020147
Hire Date: 07/22/2001
Position End Date:
Branch: DANVILLE
Region: NMC  Northern Ca

REDACTED

List of Adjusting Entries

SECOND MORTGAGE PRODUCTS

Total Second Mortgage Commission                                      476.06

**HELOC PRODUCTS**

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Line Product Amount | Type | Initial IMR (Line Amount) Months>3) | Balance BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/08/2007 | | N/A | | 200,000.00 | Stand Alone HELOC | 300.00 | 0.00 | 0.00 | 300.00 |
| | | 10/10/2007 | | N/A | | 150,000.00 | Stand Alone HELOC | 225.00 | 0.00 | 0.00 | 225.00 |

Total HELOC Commission

**HELOC PRODUCTS Fundings from 09/01/2007 - 09/10/2007**

**Relationship**

| Loan Number | Funded Date | Borrower | Product Description | Open Date | Closed Date | BPS Prem Amount | Payment |
|---|---|---|---|---|---|---|---|
| | 10/12/2007 | | BPP 6 Month | 10/12/2007 | | 162.21 | 324.42 |
| | 09/28/2007 | | BPP 12 Month | 09/28/2007 | | 0.00 | 121.00 |

Total Relationship Commission                                      445.42

BM 02595

# EXHIBIT 24

EXHIBIT 24

# REDACTED

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Mortgage Mortgage Report (Confidential)
Compensation Report (Confidential)

Run Date:    12/19/2007
Pay Period:  11/01/2007 - 11/30/2007

Account Exec: MARR, Bill (870586)
AE Type: Retail
Person Number: 28904472
Hire Date: 07/23/2001
Position End Date:
Branch: DANVILLE
Region: NW - Northern CA

| Loan Number | Borrower Name | Date Funded | Date Closed | Units | $/Units | Exception Loan Type | Second Mortgage Points | Basis Commission | Fee Waiver | Overage Underage | LMIB Draw | LHCT/LMIB Fox/GNC | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 11/09/2007 | | | | Retail | $5.00 | $12.50 | 0.0 | (69.75) | | | 542. |
| | | 11/14/2007 | | | | Retail | | 5.461.25 | 0.0 | 0.00 | | | 5.461 |
| | | 11/28/2007 | | | | Retail | $5.00 | 1.457.50 | 0.0 | (118.75) | | | 1.138. |
| | | 11/29/2007 | | | | Retail | $5.00 | 2.932.50 | 0.0 | 0.00 | | 1C | 200. |
| | | | | | | Retail-Internal Refinance | 65.00 | | 0.00 | (1.801.80) | | | |
| | | | | | | Retail-Internal Refinance CRA | Y | | | | | | |

8 Loans  4                                   1,528,500.00                                     9,535.25            0.00    (2,190.10)                        7,344

Additional Information
Bank Referred Loans Used to Determine %           0        0.00%
Service Retention Loans Used to Determine %       2        0.00%
LHCT/LMIB Commission Grid Unit Count              1        0.00%
LMIB/Government Additional License Unit Count
LHCT/LMIB (Wholesale)

Previous Details:
Compensation                Draw    0
Adjustments                         0
Retail:                             0
Relationship - 2005%               0

Total:                    7,344

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Notes |
|---|---|---|---|---|
| 01/01/1900 | Waived Fees Refund | 300.00 | | Withdrawn 11/21/2007 |
| 12/03/2007 | Overage/Underage | (64.37) | | Underage not allowed on 80/10/10 seconds |
| 12/05/2007 | Waived Fees Charge | (200.00) | | Withdrawn 11/21/2007 |

Refund Application Fee for Loan $
Let
Adjust to Charge for Application Fees on Loan $

SECOND MORTGAGE PRODUCTS

| Loan Number | Borrower | Funded Date | 1st Mortgage Loan Number | Closed Date | Loan Amount | BPS | Payment | Line Product Amount Type |
|---|---|---|---|---|---|---|---|---|
| | | 11/30/2007 | | | 15500.00 | 65 | 334.75 | |
| | | 10/02/2007 | | | 12800.00 | 73 | 14.00 | |

Total Second Mortgage Commission          334.75

HELOC PRODUCTS

| Loan Number | Borrower | Funded Date | 1st Mortgage Loan Number | Closed Date | Line Amount | BPS | Initial Pmt (Line Amount / Month 2) | Balance | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 11/20/2007 | | | (72,500.00 HELOC) | | 183.75 | 0.00 | 0.00 | 183.75 |

Compensation         6,198.
Second Mortgage       (64.
Adjustments           334.
HELOC                 200.
Total:               6,198.
Non-Rec Draw         (2,192.

HELOC PRODUCTS
Fundings from 10/01/2007 - 10/31/2007

| Relationship Loan Number | Funded | Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|---|
| | 10/08/2007 | | N/A | | 700,000.00 | Stand Alone HELOC | 75.00 |
| | 10/10/2007 | | N/A | | 140,000.00 | Stand Alone HELOC | 0.00 |

HELOC PRODUCTS
Fundings from 09/01/2007 - 09/30/2007

| Relationship Loan Number | Funded | Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|---|
| | 09/20/2007 | | N/A | | 57,000.00 | Stand Alone HELOC | 0.00 |
| | 09/29/2007 | | N/A | | 100,000.00 | Stand Alone HELOC | 0.00 |

Total HELOC Commission

| 10/29/2007 | | HPP 6 Month | 10/29/2007 | | 0.00 | 75.00 |
| 10/12/2007 | | HPP 6 Month | 10/12/2007 | | 182.21 | 0.00 |
| 09/28/2007 | | HPP 12 Month | 09/28/2007 | | 0.00 | 0.00 |

Total Relationship Commission                                                    75.00

BM  02598

# EXHIBIT 25

EXHIBIT 25

Page 1 of 2

**REDACTED**

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date    01/15/2008
Pay Period  12/01/2007 - 12/31/2007

Account Exec:  MARK, MITZ '435141'
AE Type:       Retail
Person Number: 28201847
Hire Date      07/23/2301
Transaction End Date
Position End Date
Branch     DANVILLE
Region NNC - Northern Ca

List of Adjusting Entries

Transaction
Date          Transaction Type          Amount

01/02/2008    Overage/Underage          (355.00)
01/07/2008    Waived Fees Charge         (2,100.00)
01/07/2008    AEA Salary Reconcilement   (200.00)
01/08/2008    Waived Fees Charge         (200.00)
01/08/2008    Waived Fees Charge         (50.00)
01/08/2008    Commission                 240.00
01/14/2008    Waived Fees Refund         200.00
01/14/2008    Waived Fees Refund         200.00

Additional Information

LMIC7/LMIB Commission Grid Unit Count          0
LMIB/Government Additional Incentive Unit Count 0

# Loans, 6

HELOAN PRODUCTS

Loan Number    Funded    Borrower    Loan
               Date                  Number

               12/04/2007
               12/21/2007

BM  02600

HELOC PAYMENTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Interest Loan Amount Product Type | Initial Pmt (Line Amount) (Month-2) BPS | Balance | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/08/2007 | | N/A | | Home Equity Stand Alone HELOC | 100.00 | 100.00 | 137,361.87 70 | 449.41 | 449.41 |

Total HELOC Commission

449.41

file://C:\Documents and Settings\pink\Snell\Local Settings\Temporary Internet Files...

Page 2 of 2

BM  02601

# EXHIBIT 26

EXHIBIT 26

Bank of America  (CONFIDENTIAL)
Mortgage Business Unit
Compensation Report (Continued)

Run Date:    02/20/2008
Pay Period:  01/31/2008  01/31/2008

**REDACTED**

Account Exec: MARR, BILL (42304)
AE Type: Retail
Person Number: 24201647
Hire Date: 07/23/2001
Fusillium End Date:
Region:  NMC - Northern Ca
Branch:  DANVILLE

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | Allowance | Basis Points | Regular Commission | Fee Waiver | Overage Underage | LMIB Cov | LMIC*/LMIB Cov cnt | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 165,000.00 | 01/09/2008 | | Retail | | 40.00 | 1,463.00 | 0.00 | (320.82) | 0.00 | | 1,239.1 |
| | | 224,000.00 | 01/28/2008 | | Retail Internal Refinance | | 62.00 | 1,388.80 | 0.00 | (196.60) | 0.00 | | 1,192.8 |
| | | 262,135.00 | 02/07/2008 | | Retail | | 60.00 | 1,064.78 | 0.00 | (65.54) | 0.00 | | 981.3 |
| | | 508,000.00 | 01/31/2008 | | Retail | | 40.00 | 1,588.79 | 0.00 | 0.00 | 0.00 | | 1,643.4 |
| | | | | | Retail Internal Refinance | | 62.00 | 1,629.60 | 0.00 | (1,385.79) | 0.00 | | 2 |

8 Loans   4

Additional Information:

| | Units | |
|---|---|---|
| LMIC*/LMIB Commission Grid Unit Count: | | 0 |
| LMIB/Government Additional Incentive Unit Count: | | 0 |

1,759,135.00

| | Basis Points | Regular Commission | Fee Waiver | Overage Underage | Total Commission |
|---|---|---|---|---|---|
| | | 9,527.18 | 0 0 0 0 | (2,468.15) | 7,059.0 |

| | Previous Deficit: | | 0 |
| | Commission: | | 7,059. |
| | Adjustments: | | (2,251. |
| | HELOAN: | | 0 |
| | HELOC: | | 0 |
| | Relationship: | | 0 |
| | Relationship 200%: | | 0 |
| | Total: | | 52, |
| | Non Rec Draw: | | (4,285 |

**List of Adjusting Entries**

| Transaction Date | Transaction Type | Amount | Loan Number | Customer | Notes |
|---|---|---|---|---|---|
| 02/04/2008 | Overage/Underage | (2,051.95) | | Loan # | Adjust to charge application fee on loan # |
| 02/08/2008 | Waived Fees Charge | 700.00 | | Loan # | construction funded |

BM  02603

file://C:\Documents and Settings\bholl\Local Settings\Temporary Internet Files\...

# EXHIBIT 27

**EXHIBIT 27**

# REDACTED

## REDACTED

Bank of America - CONFIDENTIAL
Multiple Business Unit
Compensation Report (Confidential)

Run Date:    01/31/2008
Pay Period:  02/01/2008    01/29/2008

Account Exec: MANN, BILL (83564)
Person Number: 3N20142
AE Type: Retail
Hire Date: 07/23/2001
Position Date:
Branch: DANVILLE
Region: NWC  Northeast CA

| Loan Number | Customer Name | Loan Amount | Date Funded | Date Closed | Production Loan Type | Alliance | RELOAN | Basis Points | Regular Commission | Fee Waiver | Overage Underage | LMIR Gov Core | TAPI??/LMIB Non Rec Draw | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(detailed loan rows redacted / illegible)

# Loans: 24          9,481,932.00                                   51,593.01   -1200.00   (6,562.49)   0.00              44,830.52

Additional Information:

LMIB/LMIR Commission Grid Unit Count:        Units
LMIB/Government Additional Incentive Unit Count:     2
                                                     0

List of Adjusting Entries

| Transaction Date | Transaction Type | Amount | Loan Number | Units | Notes |
|---|---|---|---|---|---|
| 01/31/2008 | Overage/Underage | (78.75) | Lx4 | | Underages not allowed on 80/10/12 seconds. |
| 01/31/2008 | Overage/Underage | (499.95) | Lx4 | | Underages not allowed on 80/10/12 seconds. |

Previous Deficit:
Draw:                    0
Commission:              (6,713)
Adjustments:             44,830
RELOAN:                  4,736
MELOC:                   4,930
Relationship 2005:       1,395
                         47,606

Total
Non Rec Draw    0

file://C:\Documents and Settings\mk5\mell\nel\Local Settings\Temporary Internet Files\OLK1E\ ...

BM  02608

REDACTED

## HELOAN PRODUCTS

| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Product Type | Amount | BPS | Payment |
|---|---|---|---|---|---|---|---|---|

## HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Increase/ Line Amount | Product Type | Initial Net (Line Amount) | Month1 | BPS | Balance Month2 | Payment | Balance BPS | Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 02/07/2008 | | | | 89,000.00 | HELOC | 89.00 | 0.00 | | | 0.00 | | 0.00 | 89.00 |
| | | 02/11/2008 | | | | 150,000.00 | Stand Alone HELOC | 150.00 | 0.00 | | | 0.00 | | 0.00 | 150.00 |
| | | 02/20/2008 | | | | 110,000.00 | HELOC | 110.00 | 0.00 | | | 0.00 | | 0.00 | 110.00 |
| | | 02/24/2008 | | | | 482,687.00 | HELOC | 482.69 | 0.00 | | | 0.00 | | 0.00 | 482.69 |
| | | 02/29/2008 | | V/A | | 50,000.00 | Stand Alone HELOC | 50.00 | 0.00 | | | 0.00 | | 0.00 | 50.00 |

Total HELOC Commission:     4,932.00

## Relationship

| Loan Number | Funded Date | Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|---|
| | 02/19/2008 | | BPP 6 Month | 02/19/2008 | | 268.66 | 492.30 |
| | 02/11/2008 | | BPP 6 Month | 02/11/2008 | | 115.14 | 230.28 |
| | 02/04/2008 | | BPP 6 Month | 02/04/2008 | | 115.24 | 230.48 |
| | 02/01/2008 | | BPP 2 Month | 02/01/2008 | | 219.01 | 438.02 |

Total Relationship Commission:     1,395.99

BM  02609

# EXHIBIT 28

EXHIBIT 28

REDACTED

REDACTED

Bank of America - CONFIDENTIAL
Mortgage Business Unit
Compensation Report (Confidential)

Run Date:   04/25/2008
Pay Period:  01/01/2008 - 01/31/2008

Account Exec: MANN, BILL (87561)
Person Number: 28201447
Hire Date:
Position End Date: 07/29/2001
Branch: DANVILLE
Region: WNC - Northern CA

**Additional Information**

| | Units |
|---|---|
| LMIT/LMTB Commission Grid Unit Count | 1 |
| LMTB/Government Additional Incentive Unit Count | 0 |

**List of Adjusting Entries**

| Transaction Date | Transaction Type | Amount | Loan Number | Exception Loan Type | Alliance | HELOAN | Basis Points | Regular Commission | Fee Waiver | Overage/Underage | LMTB Cov | LMIT/LMTB Gov Cnt | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**HELOAN PRODUCTS**

| Loan Number | Funded Date | Borrower | Closed Date | Product Type | Loan Amount | BPS | Payment | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BM  02611

HELOC PRODUCTS

| App Number | Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Increase/ Line Amount | Product Type | Initial Int Line Amount (Month 1) | Balance (Month 2) BPS | Balance Payment | Current Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/11/2008 | | | | | | HELOAN | | | | |
| | 01/14/2008 | | | | | | HELOAN | | | | |
| | 01/11/2008 | | | | | | HELOAN | | | | |
| | 01/24/2008 | | | | | | HELOAN | | | | |
| | 01/10/2008 | | | | | | HELOAN | | | | |
| | 01/04/2008 | | | | | | HELOAN | | | | |
| | 01/11/2008 | | | | | | HELOAN | | | | |
| | 01/07/2008 | | | | | | HELOAN | | | | |
| | 01/18/2008 | | | | | | HELOAN | | | | |

Total HELOAN Commission:

| Relationship Loan Number | Funded Borrower | Product Description | Open Date | Closed Date | BPP Prem Amount | Payment |
|---|---|---|---|---|---|---|
| 01/28/2008 | 01/28/2008 | Homeowners Insurance | 01/28/2008 | | 0.00 | 0.00 |
| 01/11/2008 | | BPP 12 Month | 01/11/2008 | | 207.24 | 414.48 |
| 01/24/2008 | | BPP 6 Month | 03/04/2008 | | 255.74 | 410.48 |
| 02/29/2008 | | BPP 6 Month | 02/29/2008 | | 126.87 | 253.74 |
| 02/24/2008 | | BPP 12 Month | 02/26/2008 | | 155.07 | 310.10 |
| 02/26/2008 | | BPP 12 Month | 02/26/2008 | | 150.43 | 300.86 |
| 03/26/2008 | | BPP 12 Month | 02/26/2008 | | 188.85 | 379.70 |

Total Relationship Commission: 2,087.36

Total HELOC Commission:

465.00

Page 2 of 2

BM  02612

# EXHIBIT 29

EXHIBIT 29

Bank of America - CONFIDENTIAL
Wholesale Business Unit
Compensation Report (Confidential)

Run Date:      05/28/2008
Pay Period     04/01/2008 - 04/30/2008

**REDACTED**

Account Exec: MANN, BILL (61264)
AE Type: Retail
Person Number: 38201447
Hire Date: 07/21/2003
Position End Date:
Branch: DANVILLE
Region: NWC - Northern CA

| Loan Number | Borrower Name | Loan Amount | Date Funded | Date Closed | Exception Loan Type | Alliance | HELOAN | Basis Points | Regular Commission | Fee Waiver | Overage Underage | LMTB Cov Cost | LMTC/LMTB Cov Cost | Total Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 417,200.00 | 04/10/2008 | | Retail | | | 42.70 | 2,591.40 | 0.00 | (600.45) | | 0 | 1,990.95 |
| | | 117,327.00 | 04/16/2008 | | Retail | | | 42.30 | 2,033.12 | 0.00 | (620.59) | | 0 | 1,412.53 |
| | | 249,000.00 | 04/17/2008 | | Retail: External Refinance | Y | | 1,537.42 | 0.00 | (786.16) | | 0 | 751.26 |
| | | 780,000.00 | 04/24/2008 | 04/24/2008 | Retail: Construction | Y | | 62.70 | 4,836.00 | 0.00 | 0.00 | | 0 | 4,836.00 |

8 loans: 4

Additional Information:

LMTC/LMTB Commission/Grid Unit Count:          Units    0

LMTB/Government Additional Incentive Unit Count:         0

Transactions

| Transaction Type | Date | Amount | Loan Number | Notes |
|---|---|---|---|---|
| Overage/Underage | | (70.00) | | Underages not allowed |
| Overage/Underage | | (485.45) | | Loan # |
| Overage/Underage | | (1,350.00) | | Loan # |
| MSA Commission Split | | (3,438.80) | | Adjustment for commission split for Kristen Hampton |
| Commission | | 814.00 | | Adjustment for loan withdrawn |
| Commission | | 1,196.95 | | (SPLIT) Loan: |

List of Adjusting Entries

HELOAN PRODUCTS

| Loan Number | Funded Date | Borrower | 1st Mortgage Loan Number | Closed Date | Product Type | Loan Amount | RPS | Payment |
|---|---|---|---|---|---|---|---|---|
| | 04/10/2008 | | | | HELOAN | 129,250.00 | 62 | 801.35 |
| | 04/21/2008 | | | | HELOAN | 28,000.00 | 62 | 171.60 |
| | 04/14/2008 | | | | HELOAN | 40,990.40 | 62 | 256.14 |

Total HELOAN Commission:                          1,229.09

Branch: CENTRAL ORANGE COUNTY

Previous Deficit:
  Draw                          0.00
  Commission                 (4,130.)
  Adjustments                   8,944.
  HELOAN
  HELOC
  Relationship
  Relationship - 2005:
                              Total:
  Min Per Draw

# EXHIBIT 30

EXHIBIT 30

REDACTED

BM  02616



BM 02617

# EXHIBIT 31

EXHIBIT 31

# REDACTED

```
Bank of America - CONFIDENTIAL
Account Exec: MARR, BILL [63504]
Mortgage Business Unit
AE Type: Retail
Compensation Report (Confidential)
Person Number: 28201447

Hire Date: 07/23/2001
Run Date:  07/21/2008
Position End Date:
Pay Period: 06/01/2008 - 06/30/2008
Branch: DANVILLE

Region: NWC - Northern Ca
```

| Basis Number | Regular Loan Type | Fee Name Gov | Loan Overage Amount Alliance Gov Cnt | Date LMIB Funded HELOAN Commission | Date LMICT/LMIB Closed Points | Total Commission |
|---|---|---|---|---|---|---|
| Exception Waiver | Underage | | | | | |
| | | | 417,000.00 | 06/03/2008 | | Retail |
| 67.00 | 2,793.90 | 0.00 | (1,042.50) | 0.00 | | |
| 1,751.40 | | | | | | |
| | | | 505,000.00 | 06/05/2008 | | Retail |
| 67.00 | 3,383.50 | 0.00 | (743.86) | 0.00 | | |
| 2,639.64 | | | | | | |
| | | | 417,000.00 | 06/06/2008 | | Retail |
| 67.00 | 2,793.90 | 0.00 | 750.60 | 0.00 | | |
| 3,544.50 | | | | | | |
| | | | 173,000.00 | 06/13/2008 | | Retail- |
| CRA | | | | | 67.00 | |
| 1,159.10 | 0.00 | (119.37) | 0.00 | LC,LB | | 1,039.73 |
| | | | 612,000.00 | 06/13/2008 | | Retail |
| 67.00 | 4,100.40 | 0.00 | 443.70 | 0.00 | | |
| 4,544.10 | | | | | | |
| | | | 234,000.00 | 06/13/2008 | | Retail |
| 67.00 | 1,567.80 | 0.00 | (32.76) | 0.00 | | |
| 1,535.04 | | | | | | |
| | | | 1,103,926.00 | | 06/13/2008 | Retail- |
| Construction | | | | | 67.00 | |
| 7,396.30 | 0.00 | 0.00 | 0.00 | | | 7,396.30 |
| | | | 358,589.00 | 06/18/2008 | | Retail |
| 67.00 | 2,402.55 | 0.00 | 410.58 | 0.00 | | |
| 2,813.13 | | | | | | |
| | | | 417,000.00 | 06/18/2008 | | Retail |
| Y | 67.00 | 2,793.90 | 0.00 | (1,187.61) | 0.00 | |
| 1,606.29 | | | | | | |
| | | | 169,900.00 | 06/30/2008 | | Retail |
| 67.00 | 1,138.33 | 0.00 | 0.00 | 0.00 | | |
| 1,138.33 | | | | | | |
| | | | 1,722,000.00 | | 06/30/2008 | Retail- |
| Construction | | | | | 67.00 | |
| 11,537.40 | 0.00 | 0.00 | 0.00 | | | 11,537.40 |

```
                    ---------------
------- ---------- ---------- ---------- ----------              --------
-----
    # Loans: 11          6,129,415.00
41,067.08      0.00  (1,521.22)      0.00                    39,545.86

Additional Information:                            Units
Previous Deficit:          0.00

Draw:      (4,305.58)

Commission:    39,545.86
              LMICT/LMIB Commission Grid Unit Count:        1
 LMIB/Government Additional Incentive Unit Count:           1
Adjustments:     (3,966.30)

HELOAN:       718.58

HELOC:       200.00

Relationship:        250.00

Relationship - 2005:        0.00

---------------

Total:     32,442.56

Non Rec Draw:

List of Adjusting Entries

Transaction                                          Loan
   Date       Transaction Type           Amount     Number
Notes
----------- -------------------------- ----------------- ----------------
- ---------------------------------------------------------------
-----------
 07/03/2007  Waived Fees Charge              (200.00) #
          Adjust to charge for application fee on loan #
FUNDED on  June 5
 07/03/2007  Waived Fees Charge              (200.00) #
          Adjust to charge for application fee on loan #
FUNDED on  June 13
 07/03/2007  Waived Fees Charge              (400.00) #
          Adjust to charge for application fee on loan #
WITHDRAWN on  June 26
 07/03/2007  Waived Fees Charge              (200.00) #
          Adjust to charge for application fee on loan #
WITHDRAWN on  June 30
 07/16/2008  Waived Fees Refund             400.00
          Credit for application fee for loan #          WITHDRAWN
June 26
 07/17/2008  MLA Commission Split          (2,891.30)
Adjustment for commission split to: Kristen Hampton
 07/17/2008  MLC Commission Split           (500.00)
Adjustment for commission split to: Madsen
```

CONFIDENTIAL                                          D01206

```
07/17/2008  Relationship Deepening          25.00
            Adjustment for BPP12 on 2nd mtg.  Borrower Name
monthly fee $0.00
```

HELOAN PRODUCTS

```
                Funded                        1st Mortgage
Closed                          Loan
Loan Number     Date      Borrower      Loan Number
Date       Product Type         Amount BPS    Payment
--------------- ---------- ---------------------- --------------------
---------- ---------- -------------------- ---------- -- -------------

HELOAN                  107,250.00 67       718.58

-------------

Total HELOAN Commission:              718.58
```

HELOC PRODUCTS

```
App            Loan              Funded
1st Mortgage   Closed    Increase/
Initial Pmt    Balance      Balance    Current
Number         Number                   Date     Borrower
Loan Number    Date      Line AmountProduct Type            (Line
Amount) (Month+2) BPS  Payment    Payment
--------------- -------------------- ---------- ---------- -------------------- --
---------- ---------- ---------- ------------------------------ -------
----- ---------- -- ---------- ----------
                          06/09/2008
N/A                     200,000.00 Stand Alone HELOC
200.00         0.00         0.00   200.00

----------

Total HELOC Commission:
200.00
```

Relationship

```
Loan                              Product
Open     Closed    BPP Prem
Number              Funded Borrower       Description
Date       Date     Amount       Payment
------------ ---------- ---------------------- ------------------------
------ ---------- ---------- ---------- -------------
             06/16/2008                         BPP 12 Month
06/18/2008               0.00        50.00
             06/13/2008                         BPP 12 Month
06/13/2008               0.00        50.00
             06/13/2008                         BPP 12 Month
06/13/2008               0.00        50.00
```

CONFIDENTIAL                                    D01207

```
                   06/05/2008                              BPP 12 Month
06/05/2008                      0.00        50.00
                   06/03/2008                              BPP 12 Month
06/03/2008                      0.00        50.00

-------------                             Total Relationship
Commission:                                  250.00
```

**CONFIDENTIAL**

D01208

# EXHIBIT 32

EXHIBIT 32

**REDACTED**

```
Bank of America - CONFIDENTIAL
Account Exec: MARR, BILL (63504)
Mortgage Business Unit
AE Type: Retail
Compensation Report (Confidential)
Person Number: 28201447

Hire Date: 07/23/2001
Run Date:   08/20/2008
Position End Date:
Pay Period: 07/01/2008 - 07/31/2008
Branch: DANVILLE

Region: NWC - Northern Ca
```

| Loan Basis Number Exception Waiver | Regular Borrower Loan Type Underage | Fee Name Gov | Loan Overage Amount Alliance Gov Cnt | Date LMIB Funded HELOAN Commission | Date LMICT/LMIB Closed Points | Total Commission |
|---|---|---|---|---|---|---|
| | | | 214,672.00 | 07/02/2008 | | Retail- |
| Govt-CRA | | | | | 67.00 | |
| 1,438.30 | 0.00 | (3,778.22) | 0.00 | LB,GV | | (2,339.92) |
| | | | 877,500.00 | 07/02/2008 | | Retail |
| 67.00 | 5,879.25 | 0.00 | 0.00 | 0.00 | | |
| 5,879.25 | | | | | | |
| | | | 291,500.00 | 07/07/2008 | | Retail |
| 67.00 | 1,953.05 | 0.30 | 0.00 | 0.00 | | |
| 1,953.05 | | | | | | |
| | | | 616,000.00 | 07/09/2008 | | Retail- |
| External-Refinance | | | | | 67.00 | |
| 4,127.20 | 0.00 | (3,431.12) | 0.00 | | | 696.08 |
| | | | 315,056.00 | 07/10/2008 | | Retail- |
| Govt | | | | | 67.00 | |
| 2,110.88 | 0.00 | 113.42 | 0.00 | GV | | 2,224.30 |
| | | | 748,000.00 | 07/31/2008 | | Retail |
| 67.00 | 5,011.60 | 0.00 | 0.00 | 0.00 | | |
| 5,011.60 | | | | | | |

```
                                ----------------

------- ---------- ---------- ---------- ----------          --------
-----
    # Loans: 6            3,062,728.00
20,520.28    0.00 (7,095.92)     0.00                        13,424.36

Additional Information:                             Units
Previous Deficit:          0.00

Draw:    (4,305.58)

Commission:    13,424.36
        LMICT/LMIB Commission Grid Unit Count:          1
   LMIB/Government Additional Incentive Unit Count:     1
Adjustments:    (7,890.44)
```

```
HELOAN:          0.00

HELOC:           0.00

Relationship:        270.00

Relationship - 2005:        0.00

--------------

Total:      1,498.34

Non Rec Draw:

List of Adjusting Entries

Transaction                                           Loan
    Date          Transaction Type          Amount       Number
Notes
------------  -------------------------  ----------------  ----------------
- ---------------------------------------------------------------------
-----------
  08/04/2008  Waived Fees Charge               (400.00)
          Adjust to charge for loan #            WITHDRAWN July 10
  08/04/2008  Waived Fees Charge               (200.00)
          Adjust to charge for loan #            WITHDRAWN July 17
  08/04/2008  Overage/Underage               (2,010.00)
Loan #      Customer:                construction funded.
  08/15/2008  MLA Commission Split          (1,251.24)
Adjustment for commission split to: Kristen Hampton
  08/15/2008  MLA Commission Split          (3,529.20)
Adjustment for commission split to: Kristen Hampton
  08/15/2008  MLC Commission Split            (500.00)
Adjustment for commission split to: Madsen


Relationship

Loan                                          Product
Open    Closed   BPP Prem                      Description
Number   Date     Amount     Payment
Date
------------  ----------  ----------  ----------  ------------------------
------ ---------- ---------- ---------- -------------
            07/10/2008                            BPP 12 Month
07/10/2008                 0.00         50.00
            07/10/2008                            Homeowners Insurance
07/10/2008                 0.00         20.00
            07/09/2008                            BPP 12 Month
07/09/2008                 0.00         50.00
            07/07/2008                            BPP 12 Month
07/07/2008                 0.00         50.00
            07/02/2008                            BPP 12 Month
07/02/2008                 0.00         50.00
            07/02/2008                            BPP 12 Month
07/02/2008                 0.00         50.00
```

**CONFIDENTIAL**                                                    D01210

```
-------------
```
Commission:

Total Relationship
270.00

**CONFIDENTIAL**

D01211

# EXHIBIT 33

EXHIBIT 33

REDACTED

```
Bank of America - CONFIDENTIAL
Account Exec: MARR, BILL [63504]
Mortgage Business Unit
AE Type: Retail
Compensation Report (Confidential)
Person Number: 28201447

Hire Date: 07/23/2001
Run Date:   09/18/2008
Position End Date:
Pay Period:  08/01/2008 - 08/31/2008
Branch: DANVILLE

Region: NWC - Northern Ca

No loans found.

Additional Information:                              Units
Previous Deficit:          0.00

Draw:       0.00

Commission:        0.00
         LMICT/LMIB Commission Grid Unit Count:        0
   LMIB/Government Additional Incentive Unit Count:     0
Adjustments:     (6,887.59)

HELOAN:        0.00

HELOC:       194.82

Relationship:        50.00

Relationship - 2005:         0.00

--------------

Total:       0.00

Non Rec Draw:     (19,824.22)

List of Adjusting Entries

Transaction                                      Loan
   Date         Transaction Type        Amount   Number
Notes
----------- ------------------------- ------------------ ---------------
- ------------------------------------------------------------------
-----------
 09/02/2008  Overage/Underage              (299.35)
Loan #          Customer:         , construction funded.
 09/02/2008  Overage/Underage            (1,539.82)
Loan #          Customer:         , construction funded.
 09/02/2008  Overage/Underage            (1,767.82)
Loan #          Customer:         , construction funded.
```

CONFIDENTIAL                                            D01212

```
 09/15/2008  MLA Commission Split              (402.17)
Adjustment for commission split to: Kristen Hampton
 09/15/2008  MLA Commission Split            (2,878.43)
Adjustment for commission split to: Kristen Hampton
```

HELOC PRODUCTS

```
App             Loan                  Funded
1st Mortgage    Closed    Increase/
Initial Pmt     Balance    Balance    Current
Number          Number               Date      Borrower
Loan Number     Date    Line AmountProduct Type                    (Line
Amount) (Month+2) BPS  Payment     Payment
--------------- --------------------- ---------- -------------------- --
---------- ---------- ---------- ------------------------------ -------
----- ---------- -- ---------- ----------
                                06/09/2008
N/A                       200,000.00 Stand Alone HELOC
194.82  112,805.99 35    394.82     194.82

----------

Total HELOC Commission:
194.82
```

Relationship

```
Loan                                   Product
Open     Closed    BPP Prem
Number            Funded Borrower      Description
Date      Date      Amount     Payment
----------- ---------- --------------------- ------------------------
------ ---------- ---------- ---------- -------------
            07/31/2008                      BPP 12 Month
07/31/2008               0.00       50.00

-------------

                                   Total Relationship
Commission:                          50.00
```

CONFIDENTIAL

D01213

# EXHIBIT 34

EXHIBIT 34

REDACTED

Bank of America - CONFIDENTIAL
Account Exec: MARR, BILL [63504]
Mortgage Business Unit
AE Type: Retail
Compensation Report (Confidential)
Person Number: 28201447

Hire Date: 07/23/2001
Run Date:   10/21/2008
Position End Date:
Pay Period:  09/01/2008 - 09/30/2008
Branch: DANVILLE

Region: NWC - Northern Ca

No loans found.

Additional Information:                              Units
Previous Deficit:           0.00

Draw:        0.00

Commission:        0.00
          LMICT/LMIB Commission Grid Unit Count:        0
  LMIB/Government Additional Incentive Unit Count:      0
Adjustments:     (2,644.16)

HELOAN:        0.00

HELOC:        0.00

Relationship:         0.00

Relationship - 2005:        0.00

--------------

Total:        0.00

Non Rec Draw:    (4,505.51)

List of Adjusting Entries

Transaction                                      Loan
    Date       Transaction Type        Amount     Number
Notes
-----------  ------------------------- ---------------- ----------------
- ------------------------------------------------------------------
-----------
 10/02/2008  Waived Fees Charge              (400.00)
         Adjust to charge for application fee on Loan #
WITHDRAWN on September 19
 10/17/2008  MLA Commission Split          (2,244.16)
Adjustment for commission split to: Kristen Hampton

CONFIDENTIAL                                          D01214

# EXHIBIT 35

EXHIBIT 35

REDACTED

```
Bank of America - CONFIDENTIAL
Account Exec: MARR, BILL [63504]
Mortgage Business Unit
AE Type: Retail
Compensation Report (Confidential)
Person Number: 28201447

Hire Date: 07/23/2001
Run Date:   11/19/2008
Position End Date:
Pay Period:  10/01/2008 - 10/31/2008
Branch: DANVILLE

Region: NWC - Northern Ca

   Loan                          Loan        Date      Date
Basis    Regular     Fee      Overage      LMIB   LMICT/LMIB     Total
Number    Borrower  Name      Amount      Funded    Closed
Exception Loan Type          Alliance     HELOAN  Points  Commission
Waiver    Underage    Gov     Gov Cnt    Commission
--------- ----------- --------------- ---------- ---------- --------
----------------------------------- -------- ------- -------- ---------
- --------- ---------- ---------- -------- ---------- -------------
                            307,500.00  10/07/2008           Retail
57.00  1,752.75     0.00   (230.62)       0.00
1,522.13
                            328,000.00  10/17/2008           Retail
57.00  1,869.60     0.00   (348.66)       0.00
1,520.94
                            475,000.00  10/23/2008           Retail
57.00  2,707.50     0.00   (4,037.50)     0.00
(1,330.00)
                            373,350.00  10/30/2008           Retail
57.00  2,128.10     0.00   (7,000.31)     0.00
(4,872.21)
                            ---------------
------- ---------- ---------- ---------- ----------           --------
-----
     # Loans: 4          1,483,850.00
8,457.95     0.00  (11,617.09)    0.00              (3,159.14)

Additional Information:                          Units
Previous Deficit:         0.00

Draw:        0.00

Commission:   (3,159.14)
           LMICT/LMIB Commission Grid Unit Count:        0
  LMIB/Government Additional Incentive Unit Count:       0
Adjustments:   (3,712.70)

HELOAN:       0.00

HELOC:        0.00

Relationship:      100.00
```

**CONFIDENTIAL**                                              **D01215**

```
Relationship - 2005:         0.00

--------------

Total:      (6,771.84)

Non Rec Draw:

List of Adjusting Entries

Transaction                                                   Loan
     Date        Transaction Type          Amount          Number
Notes
------------ --------------------------- ---------------- ----------------
- ---------------------------------------------------------------------
-----------
 01/01/1900  Waived Fees Charge              (200.00)
             Adjust to charge for application fee on Loan #
FUNDED October 22
 11/18/2008  MLA Commission Split          (2,878.43)
Adjustment for commission split to: Kristen Hampton
 11/18/2008  MLA Commission Split            (634.27)
Adjustment for commission split to: Kristen Hampton


Relationship

Loan                                          Product
Open    Closed   BPP Prem
Number           Funded Borrower              Description
Date      Date    Amount     Payment
------------ ---------- ------------------- ------------------------
------ ---------- ---------- ---------- -------------
            10/23/2008                          BPP 12 Month
10/23/2008                 0.00        50.00
            10/07/2008                          BPP 12 Month
10/07/2008                 0.00        50.00

------------                             Total Relationship
Commission:                                   100.00
```

CONFIDENTIAL

D01216