IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>    Defendant.<br>                                          / | No. C 09-05978 WHA<br><br>**ORDER VACATING CURRENT TRIAL DATES AND SETTING PRETRIAL CONFERENCE FOR APRIL 11, 2011** |

      The parties have stipulated to continue the trial in this matter almost three months. Although that is too long, the judge does see the problem related to the deadlines for pretrial disclosures and motions falling before the hearing on the motion for summary judgment, given the issues presented in this case. Therefore, the pretrial conference on March 21 and the trial date of March 28 are **VACATED**. A new pretrial conference is set for **APRIL 11, 2011, AT 3:00 P.M.** At that time, the trial date will be set within 7 to 21 days following the pretrial conference. Pretrial disclosures under FRCP 26(a)(3) are due by **MARCH 18, 2011**.

    **IT IS SO ORDERED.**

Dated: February 17, 2011.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE