IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR, | No. C 09-05978 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR STATEMENT FROM COUNSEL REGARDING POTENTIAL REASSIGNMENT** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | |
| Defendant. / | |

A large-scale criminal trial before the undersigned judge will begin on April 4, 2011, and is expected to conclude during the late summer. If the above-captioned matter will proceed to trial, the assigned judge is inclined to accept an offer from a colleague to take over this case, including the final pretrial conference, so that it could be tried on time or close to it. If, however, the parties expect to settle the case, the assigned judge will retain it. Counsel shall please file a statement by **APRIL 4, 2011**, regarding whether this case is more likely than not to be tried, so that the Court can make the arrangements for the transfer, depending on counsel's response.

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE