IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MARR,

    Plaintiff,

  v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

    Defendant.
                                /

No. C 09-05978 WHA

**ORDER CONTINUING PRETRIAL CONFERENCE DUE TO SETTLEMENT**

Counsel have filed a joint statement that they have resolved the remaining claims in this matter. Their statement includes that they expect all conditions of the settlement to be complete by April 20. They request a continuance of the pretrial conference, scheduled for April 11. The pretrial conference is continued to **MAY 2, 2011, AT 2:00 P.M.**, to give counsel time to file their dismissal pursuant to settlement before any of the documents preceding the pretrial conference are due. Please do not ask for any further extensions.

**IT IS SO ORDERED.**

Dated: March 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE