IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MARR,

    Plaintiff,

  v.

BANK OF AMERICA, NATIONAL ASSOCIATION,

    Defendant.
                                               /

No. C 09-05978 WHA

**NOTICE REGARDING IMPENDING TRIAL**

      The pretrial conference in this matter is scheduled for **MAY 2, 2011, AT 2:00 P.M.** It was specifically set at this time to give counsel time to file their dismissal pursuant to settlement. The parties shall please file their dismissal or get ready for trial.

Dated: April 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE