IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARR,<br><br>  Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>  Defendant.     / | No. C 09-05978 WHA<br><br>**ORDER DENYING SECOND STIPULATION FOR ENTRY OF JUDGMENT** |

  This case has been closed pursuant to a voluntary dismissal. For the reasons stated in the order regarding joint stipulation re dismissal and entry of judgment (Dkt. No. 102), the parties' second stipulation for entry of judgment is **DENIED**.

  **IT IS SO ORDERED.**

Dated: June 6, 2011.

               WILLIAM ALSUP
               UNITED STATES DISTRICT JUDGE